George F. Farah (NY Bar No. GF3472)
Rebecca P. Chang (NY Bar No. RC5493)
**HANDLEY FARAH & ANDERSON PLLC**
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

*Attorneys for Plaintiffs and the putative Class*
[Additional Counsel on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN DICKINSON and KATE CONROY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,<br><br>Defendants. | Civ. No.: _____<br>1:20-cv-579 (GLS/CFH)<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Marilyn Dickinson and Kate Conroy bring this action against Defendant

Volkswagen Group of America, Inc. and Volkswagen AG (collectively, "Defendants" or

"Volkswagen"), by and through their attorneys, individually and behalf of all others similarly

situated, and allege as follows:

## INTRODUCTION

1.      This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a

class of current and former owners and lessees of model years ("MY") 2018 and 2019

CLASS ACTION COMPLAINT                    1

Volkswagen GTI, Golf, Jetta, Passat and Tiguan vehicles equipped with 2.0L TSI engines (the "Class Vehicles" or "Vehicles").[1]

2.      This action arises from Volkswagen's failure, despite its longstanding knowledge, to disclose to Plaintiffs and other consumers that the engines in the Class Vehicles are predisposed to a manufacturing defect which causes them to suddenly and unexpectedly stall and stop while being operated. ("Engine Stalling Defect").

3.      Such stalling causes the Class Vehicles to abruptly stop, posing a danger to the driver and occupants of the Class Vehicles, and others that share the road with them, as other vehicles can collide with the Class Vehicle that has stopped moving without warning.

4.      Not only did Volkswagen actively conceal the fact that the Class Vehicles were prone to the Engine Stalling Defect, which could result in sudden and unexpected slowing and stopping events and other dangerous situations (and require costly repairs to fix), it did not reveal that the existence of this Defect would diminish the intrinsic and resale value of the Class Vehicles.

5.      Volkswagen has long been aware of the Engine Stalling Defect. Despite its longstanding knowledge, Volkswagen has been unable or unwilling to adequately repair the Class Vehicles when the Engine Stalling Defect manifests.

6.      Many owners and lessees of Class Vehicles have communicated with Defendants and its agents to request that Volkswagen remedy and/or address the Engine Stalling Defect at Defendants' expense. Defendants have failed and/or refused to do so, often conveying to owners and lessees that the Class Vehicles are operating as intended and therefore cannot be repaired under warranty or otherwise.

---

[1] Plaintiffs reserve the right to amend or add to the vehicle models included in the definition of Class Vehicles after conducting discovery.

CLASS ACTION COMPLAINT                    2

7.      Despite notice and knowledge of the Engine Stalling Defect from the numerous consumer complaints it has received and that have been posted online, as well as information received from Volkswagen dealerships, pre-sale durability testing, National Highway Traffic Safety Administration ("NHTSA") complaints, and its own internal records, Volkswagen has not recalled the Class Vehicles to repair the Engine Stalling Defect, offered its customers a suitable repair or replacement free of charge, or offered to reimburse its customers who have incurred out of pocket expenses related to the Engine Stalling Defect.

8.      As a result of Volkswagen's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of Class Vehicles, including Plaintiffs, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Volkswagen were conducted in a manner giving rise to substantial aggravating circumstances.

9.      Had Plaintiffs and other Class members known about the Engine Stalling Defect at the time of purchase or lease of their vehicles, they would not have purchased or leased the Class Vehicles, or would have paid substantially less for the Class Vehicles.

10.     As a result of the Engine Stalling Defect, Plaintiffs and Class members have suffered injury in fact, incurred damages and have otherwise been harmed by Volkswagen's conduct.

11.     Accordingly, Plaintiffs bring this action to redress Volkswagen's violations of the New York General Business Law, Florida Deceptive and Unfair Trade Practices Act, and Magnusson-Moss Warranty Act, and also to seek recovery for Volkswagen's unjust enrichment, breach of express warranty, breach of implied warranty, common law fraud, and breach of the covenant of good faith and fair dealing.

CLASS ACTION COMPLAINT                    3

## JURISDICTION AND VENUE

12.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class

members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of

interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one

defendant are citizens of different states. This Court has supplemental jurisdiction over the state

law claims pursuant to 28 U.S.C. § 1367.

13.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a

substantial part of the events or omissions giving rise to the claim occurred in this district,

Plaintiff Marilyn Dickinson resides in this district, Volkswagen has advertised in this district,

and Volkswagen has received substantial revenue and profits from its sales and/or leasing of

Class Vehicles in this district.

14.    This Court has personal jurisdiction over Volkswagen because it has conducted

substantial business in this judicial district, and intentionally and purposefully placed Class

Vehicles into the stream of commerce within the states of New York, as well as throughout the

United States.

## THE PARTIES

### Plaintiff Marilyn Dickinson

15.    On or about October 3, 2018, Plaintiff Dickinson purchased a new 2019

Volkswagen Jetta with standard transmission from Cooley Motors, an authorized Volkswagen

dealership located in of Rensselaer, New York. Plaintiff's vehicle bears Vehicle Identification

Number 3VWN57BU2KM099627.

16.    On at least 25 occasions since Plaintiff Dickinson purchased her 2019

CLASS ACTION COMPLAINT                4

Volkswagen Jetta, it stalled as she slowed down when nearing a traffic light, stop sign, or turning into a driveway or parking lot.

17.     Each time that Plaintiff Dickinson's vehicle stalled, she needed to turn off the lights and radio, turn on the hazard lights, and wait up to ten minutes before being able to restart it.

18.     On or about February 26, 2020, Plaintiff Dickinson was approaching a traffic light at a very busy four-lane intersection when her vehicle stalled. Plaintiff Dickinson turned off her vehicle's head lights and radio, and turned on her hazard lights. After waiting several minutes and sitting through a number of green/red lights changes, Plaintiff Dickinson was able to restart her vehicle's engine after multiple attempts. However, upon restarting her vehicle's engine, she was unable to properly shift between gears, the RPMs raced, and the car failed to accelerate – slowly jolting forward at no more than 5 -10 miles per hour with the gas pedal engaged. Plaintiff Dickinson pulled into a nearby shopping plaza, turned off the engine and left the vehicle for several hours.

19.     After the February 26, 2020 incident, Plaintiff Dickinson called the Cooley Motors Service Department and relayed her experience with the vehicle stalling, racing RPMs, and difficultly shifting gears. Plaintiff also indicated to Cooley Motors that she continued to have issues that seemed like "the clutch was slipping gears." Cooley Motors scheduled an appointment for Plaintiff Dickinson to have her vehicle examined on March 10, 2020.

20.     On or about March 10, 2020, as Plaintiff Dickinson and her husband drove to her appointment at Cooley Motors, her Class Vehicle stalled again. After turning off the head lights and radio, and turning on the hazard lights and waiting several minutes, she was able to restart it after a number of attempts. However, Plaintiff Dickinson was unable to properly shift between

gears or to drive the vehicle.

21.    Because Plaintiff Dickinson's vehicle was undriveable, her husband called Cooley Motors and arranged to have them send a tow truck to retrieve Plaintiff Dickinson and her vehicle.

22.    On or about March 11, 2020, Cooley Motors advised Plaintiff Dickinson that she needed a new clutch, flywheel, bearing and clutch kit, at a cost of $1,919.48. Plaintiff requested the repairs be made pursuant to the Class Vehicle's warranty, but her request was denied. Plaintiff was thus forced to pay $1,919.48 to repair her Class Vehicle.

23.    Cooley Motors advised Plaintiff Dickinson that the clutch and components required replacement and implied that she did not know how to properly drive a standard transmission vehicle.

24.    During the March 11, 2020 appointment at Cooley Motors, Plaintiff Dickinson waited inside the Service Department office/desk area, while her husband met with the mechanics in the Service Department. While Plaintiff Dickinson sat in the Service Department, she observed Cooley Motors employee, John Lefebvre, enter the office/desk area and overheard him state that the issue with her vehicle was due to the owner driving incorrectly with the emergency brake engaged.  Plaintiff Dickinson told Lefebvre that she had experience driving standard transmission vehicles so that she had not been driving with the emergency brake engaged. Lefebvre responded that the vehicle was protected by a 6-year warranty.

25.    Plaintiff Dickinson's 2019 Volkswagen Jetta is the fourth standard transmission Volkswagen Jetta that she has owned, and she has been driving manual vehicles for approximately 40 years.

26.    To date, Plaintiff Dickinson continues to experience engine stalling with her 2019

CLASS ACTION COMPLAINT                6

Volkswagen Jetta.

27.     Plaintiff Dickinson has suffered an ascertainable loss as a result of Defendant's omissions and/or misrepresentations associated with the Engine Stalling Defect, including, but not limited to, out-of-pocket loss associated with the Engine Stalling Defect, future attempted repairs, and diminished value of her vehicle.

28.     Neither Defendant, nor its agents, dealers or other representatives informed Plaintiff of the existence of the Engine Stalling Defect prior to purchase.

29.     Plaintiff Dickinson would not have purchased her Class Vehicle, or would have paid substantially less for it, had Defendant disclosed the Engine Stalling Defect prior to sale.

**Plaintiff Kate Conroy**

30.     Plaintiff Kate Conroy is a citizen of the State of Florida and currently resides in Naples, Florida.

31.     On or around January 25, 2019, Plaintiff Conroy leased a new 2019 Volkswagen Tiguan with automatic transmission from Volkswagen of Naples, an authorized Volkswagen dealership located in Naples, Florida. Plaintiff Conroy's Class Vehicle bore Vehicle Identification Number 3VV3B7AXXKM066410.

32.     Within approximately one week of taking delivery of her Class Vehicle, Plaintiff Conroy performed a U-turn and her Class Vehicle stalled as she slowed down into the turn.

33.     On or about February 25, 2019, Plaintiff brought her Class Vehicle to Volkswagen of Naples. Volkswagen of Naples performed a "computer analysis" on Plaintiff Conroy's vehicle and advised her that her Class Vehicle was "operating properly as designed."

34.     Plaintiff's Class Vehicle, however, continued to regularly stall as she slowed down to approach traffic lights. After each stalling event, her Class Vehicle was not responsive

CLASS ACTION COMPLAINT                 7

and she was required to restart the vehicle.

35.     On or about March 1, 2019, Plaintiff Conroy's vehicle stalled again while she was making a U-turn. Plaintiff called Volkswagen Customer Care to complain about the engine stalling. Volkswagen Customer Care offered Plaintiff Conroy a credit of $5,000 toward the lease of a new Audi vehicle.

36.     Plaintiff Conroy felt her Class Vehicle was unsafe and returned to Volkswagen of Naples to use the $5,000 credit. Plaintiff Conroy, however, was informed that the dealership would not honor the $5,000 credit. Plaintiff Conroy surrendered her 2019 Volkswagen Tiguan to Volkswagen of Naples on or about March 5, 2019, with about 35 months remaining on the lease, incurring an early termination fee of approximately $3,200 and the loss of the $2,490 deposit that she had paid to Volkswagen of Naples.

37.     On or about February 28, 2019, Plaintiff Conroy contacted Volkswagen Customer Care to complain about the engine stalling in her vehicle.

38.     On or about March 1, 2019, Plaintiff Conroy submitted a complaint about the engine stalling in her vehicle to the National Highway Traffic Safety Administration.

39.     On or about March 6, 2019, Plaintiff Conroy submitted a written complaint about the engine stalling in her vehicle to the Florida Division of Motorist Services.

40.     On or about March 9, 2019, Plaintiff Conroy submitted a letter to her United States Senator about the engine stalling in her vehicle.

41.     On or about March 13, 2019, Plaintiff Conroy submitted a written complaint about the engine stalling in her vehicle to the Florida Attorney General's Office.

42.     Plaintiff has suffered an ascertainable loss as a result of Defendant's omissions and/or misrepresentations associated with the Engine Stalling Defect, including, but not limited

to, out-of-pocket loss associated with the Engine Stalling Defect, lease termination fees, and diminished value of her vehicle.

43.     Neither Defendant, nor its agents, dealers or other representatives informed Plaintiff Conroy of the existence of the Engine Stalling Defect prior to purchase.

44.     Plaintiff Conroy would not have purchased her Class Vehicle, or would have paid substantially less for it, had Defendant disclosed the Engine Stalling Defect prior to sale.

**The Defendant**

45.     Defendant Volkswagen Group of America, Inc. ("Volkswagen USA") is a New Jersey corporation with its principal place of business located at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.

46.     Defendant Volkswagen USA is a "wholly owned subsidiary of Volkswagen AG, one of the world's leading automobile manufacturers and the largest carmaker in Europe."[2]

47.     Volkswagen AG is headquartered in Wolfsburg, Germany.

48.     Volkswagen manufactures, distributes, markets, services, repairs, sells and leases passenger vehicles, including the Class Vehicles.

49.     At all times material to this Complaint, Volkswagen has advertised, marketed, offered for sale, sold, offered for lease, leased, and distributed motor vehicles to consumers in Florida and New York, as well as throughout the United States, including the Class Vehicles.

50.     Upon information and belief, the design, manufacture, distribution, service, repair, modification, installation and decisions regarding the Class Vehicles were performed exclusively by Volkswagen.

51.     Upon information and belief, Volkswagen develops the owners' manuals,

---

[2] http://www.volkswagengroupofamerica.com/about (last visited May 7, 2020).

CLASS ACTION COMPLAINT                    9

warranty booklets and information included in maintenance recommendations and/or schedules for the Class Vehicles.

52.    Volkswagen engages in continuous and substantial business in New York and Florida, as well as throughout the United States.

## TOLLING OF STATUTES OF LIMITATION

53.    Any applicable statute(s) of limitations has been tolled by Volkswagen's knowing and active concealment and denial of the facts alleged herein. Plaintiffs and members of the Class could not have reasonably discovered the true, latent defective nature of the Engine Stalling Defect until shortly before this class action litigation was commenced.

54.    Volkswagen was and remains under a continuing duty to disclose to Plaintiffs and members of the Class the true character, quality and nature of the Class Vehicles, that the Engine Stalling Defect is a safety related defect, and that it diminishes the resale value of the Class Vehicles. As a result of the active concealment by Volkswagen, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## FACTUAL ALLEGATIONS

A.    **The Engine Stalling Defect**

55.    The engines contained in the Class Vehicles use four reciprocating pistons to convert pressure into a rotating motion. Gasoline is mixed with air in the combustion chambers of the engine. To generate such rotating motion, a four-step sequence is used (the "Combustion Cycle").

56.    First, the intake stroke begins with the inlet valve opening, by way of the intake camshafts, and a vaporized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing, again through the intake camshafts, and

CLASS ACTION COMPLAINT                    10

the piston beginning its movement upward, compressing the fuel mixture in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel mixture, expanding the gases and generating power that is transmitted to the crankshaft. And, fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving back up, forcing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself. A diagram depicting the Combustion Cycle appears below:



57.    The pistons are connected to the crankshaft via the connecting rod. As the connecting rod moves up and down during the Combustion Cycle, this causes the crankshaft to rotate, ultimately resulting in power to the drive wheels of the vehicle. During this cycle, the crankshaft rotates many thousands of times per minute within each connecting rod.

58.    The Combustion Cycle is a complex process that requires precise timing of the many components involved. For example, the valves must be opened and closed at the exactly correct times and the spark plugs must ignite the fuel mixture to create the power stroke.

CLASS ACTION COMPLAINT        11

59.    In an attempt to keep all of the engine components moving in harmony during the Combustion Cycle, Defendants utilize a variable valve timing system.

60.    According to Defendants, "*the key feature that enables the new engine to produce better fuel economy, as well as excellent performance, is the variable valve timing system on the intake camshaft. Depending on engine load, it is possible to switch between short and long valve opening. At idling speed and under partial load, the valve opening is shorter. When the engine is placed under greater load, a switch to the camshaft lobe that opens the valve for a longer period is made and the driver can make use of the full power and torque of the engine.*"[3]

61.    The variable valve timing system in the Class Vehicles incorporates the use of solenoids to precisely control the flow of oil into the camshaft actuator. In turn, the solenoids are able to change the rotation of the camshaft to adjust valve timing and valve overlap while the vehicle is being operated. One of the advantages of this system can be better performance and fuel economy.

62.    The solenoids are typically in an "off" position when the engine is off and immediately after it has started. Once oil pressure builds within the engine, the powertrain control module adjusts the camshaft timing via the actuator solenoid depending on variables such as engine speed, throttle position, manifold pressure, engine load, barometric pressure and the position of the camshaft.

63.    The Class Vehicles contain a manufacturing defect that results in the inability of the actuator solenoids to accurately correct and adjust the timing of the camshafts as required to carry out the Combustion Cycle. As a result, the Combustion Cycle cannot be completed and the Class Vehicles suddenly and unexpectedly stall while being operated.

---

[3] https://media.vw.com/releases/889 (last visited May 21, 2020).

**B.**    **Volkswagen's Knowledge of the Engine Stalling Defect**

64.    Upon information and belief, Volkswagen, through: (1) its own records of customers' complaints, (2) dealership repair records, (3) records from the National Highway Traffic Safety Administration (NHTSA), (4) warranty and post-warranty claims, (5) internal pre-sale durability testing and TSBs, and (6) other various sources, is and was well aware of the Engine Stalling Defect but failed to notify customers of the nature and extent of the problems with Class Vehicles or to provide any adequate remedy.

65.    Volkswagen failed to adequately research, design, test and/or manufacture the Class Vehicles before warranting, advertising, promoting, marketing, and selling them as suitable and safe for use in an intended and/or reasonably foreseeable manner.

66.    Volkswagen is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, Volkswagen conducts tests, including pre-sale durability testing, on incoming components, to verify that the parts and features are free from defect and align with Volkswagen's specifications.

67.    Volkswagen touts its quality efforts to investors:

Every day, we actively assume and exercise responsibility in relation to the environment, safety and society, and we aim to be a role model in these areas. Integrity, reliability, quality and passion thus form the basis for our work. Using this approach, we aim for technological leadership in the industry and competitive profitability while also striving to be an excellent employer.[4]

68.    Volkswagen further tells investors about its Together 2025+ Strategy as part of its quality control efforts:

Delivering outstanding quality and reliable mobility to customers worldwide is the strategic objective of the Quality Assurance department. As the "voice of the customer" the principle of dual control is relied on in critical company processes; products that are superior to those of the competition are developed within budget

---

[4] https://annualreport2019.volkswagenag.com/servicepages/filelibrary/files/collection.php at p.51 (last visited May 7, 2020).

requirements. The department's commitment to quality runs the gamut of current and future mobility solutions – vehicles as well as services. Last but not least, all markets will pay close attention to differing regional needs to make a substantial contribution to the Volkswagen Group's sustainable growth.[5]

69.     Through its quality control measures, Volkswagen knew or should have known that the Class Vehicles were prone to the Engine Stalling Defect.

**C.     Volkswagen's Warranties on the Class Vehicles**

70.     Volkswagen expressly warranted the Class Vehicles to be free from defects for a period of six (6) years or 72,000 miles under the New Vehicle Limited Warranty.[6] The New Vehicle Limited Warranty obligates Defendants to correct to the Engine Stalling Defect.

71.     Volkswagen has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by blaming the manifestation of the Engine Stalling Defect on driver error. This representation, however, is false as the engine is inherently defective.

72.     In many instances, consumers have incurred and will continue to incur expenses for the diagnosis of the defect (despite such defect having been contained in the Class Vehicles when manufactured by Defendants) and repair and replacement of the damaged engine components, without addressing the underlying defect.

73.     Furthermore, a number of class members who presented their Class Vehicles to Defendants' dealerships with the Engine Stalling Defect were denied warranty repairs and, instead, were informed that nothing was wrong with their vehicles. As a result, after expiration of the warranty period, class members are forced to pay costly repairs to remedy the defect.

74.     Buyers, lessees, and other owners of the affected Vehicles were without access to the information concealed by Volkswagen as described herein, and therefore reasonably relied

---

[5] https://www.volkswagenag.com/en/group/strategy.html (last visited May 7, 2020).
[6] https://www.vw.com/warranty.m.m/ (last visited Feb. 13, 2020).

CLASS ACTION COMPLAINT                    14

on Volkswagen's representations and warranties regarding the quality, durability, and other material characteristics of the Class Vehicles. Had Plaintiffs and the class known of the Engine Stalling Defect and the potential harm, they would have paid less for the Class Vehicles or would not have purchased the Class Vehicles.

### D.    Complaints by Other Class Members

75.    Plaintiffs' experiences are by no means isolated or outlying occurrences. Indeed, the internet is replete with examples of blogs and other websites where consumers have complained of the exact same Engine Stalling Defect in the Class Vehicles.[7]

76.    Class Vehicle owners and lessees have publicly complained to the United States government about the Engine Stalling Defect in Class Vehicles since the vehicles were released. The Office of Defects Investigation ("ODI") is an office within the National Highway Traffic Safety Administration ("NHTSA"). ODI conducts defect investigations and administers safety recalls to support the NHTSA's mission to improve safety on the Nation's highways.[8] All automobile manufacturers routinely monitor and analyze NHTSA complaints because this information is used in determining if a recall should be issued.

77.    NHTSA's Office of Defects Investigation opened an investigation into the Engine Stalling Defect in the Class Vehicles in September of 2019. *See* Exhibit A.

78.    The letter notifying Defendants of the Investigation states that NHTSA had received 157 complaints from consumers alleging engine stalling, with the complaint that initiated NHTSA's investigation alleging that "the manual transmission equipped Volkswagen . .

---

[7] *See*, e.g., https://www.golfmk7.com/forums/index.php?threads/2019-gti-6mt-stalling-issue.363310/ (last visited May 7, 2020); https://www.carproblemzoo.com/volkswagen/tiguan/car-stall-problems.php (last visited May 7, 2020).
[8] *See* https://www-odi.nhtsa.dot.gov/recalls/recallprocess.cfm (last visited May 6, 2020). Indeed, automobile manufacturers are required by law to report any potential safety defects to the United States government.

CLASS ACTION COMPLAINT              15

. vehicles stall repeatedly throughout a drive cycle requiring repeated restarts."

79.    The following is just a small sampling of the many complaints submitted to ODI by Volkswagen GTI, Jetta, Tiguan and Passat owners. These publicly available complaints, submitted as early as 2016, evidence Volkswagen's prior knowledge of the Engine Stalling Defect, the negative experiences encountered by Class Members, and the financial burden this places on them.

### 2019 GTI

**NHTSA ID Number:** 11193831
**Complaint Date: April 4, 2019**
**Incident Date** March 30, 2019
**Consumer Location** SAVANNAH, GA
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**
ENGINE SHUTS OFF/STALLS WHEN BRAKING TO A STOP IN A 6MT URANO GREY GOLF GTI RABBIT EDITION. ON DOZENS OF OCCASIONS AT THIS POINT, WITH NO CHECK ENGINE LIGHT OR ENGINE CODES BEING DROPPED. I WILL BE IN NEUTRAL OR WITH THE CLUTCH FULLY ENGAGED, USUALLY COMING TO A STOP BUT HAS ALSO HAPPENED WHEN ROLLING SLOWLY, AND THE CAR WILL STALL OUT. IT HAS BEEN SO GENTLE THAT I DON'T EVEN NOTICE UNTIL I PRESS THE GAS AND START MOVING AND NOTHING HAPPENS.

IT HAS OCCURRED DURING HEAVY BRAKING AND LIGHT BRAKING, USUALLY AFTER A LONGER DRIVE. TENDS TO OCCUR IN BURSTS, I'VE GONE TWO WEEKS WITH NO INCIDENTS AND THEN ON A SINGLE DRIVE (AFTER ABOUT 3 HOURS ON THE HIGHWAY) IT WILL OCCUR MULTIPLE TIMES IN RAPID SUCCESSION, BUT WON'T BE CONSISTENT. I AM NOT STALLING THE CAR BY HAVING THE CLUTCH PARTIALLY ENGAGED OR ANYTHING, I WILL BE IN FULL NEUTRAL OR WITH THE CLUTCH TO THE FLOOR AND FOOT OFF THE GAS.

I HAVE HAD THE ISSUE WHEN SLOWING TO AN INTERSECTION PREPARING FOR A TURN, OR WHEN BRAKING TO A STOP TRAVELING STRAIGHT. HAVE ALSO HAD THE ISSUE WHEN SLOWING DOWN FROM HIGHWAY SPEEDS AND STOP-AND-GO TRAFFIC SPEEDS. ITS VERY DIFFICULT TO PIN DOWN, WITH THE EXCEPTION OF USUALLY AFTER EXTENSIVE DRIVING, HAVEN'T HAD IT HAPPEN AFTER A <10 MIN DRIVE YET THAT I CAN REMEMBER.

CURRENTLY BEING ENCOUNTERED BY SEVERAL OTHER OWNERS, AND WE'RE TRYING TO CONSOLIDATE WHAT WE KNOW:

CLASS ACTION COMPLAINT                16

HTTPS://WWW.REDDIT.COM/R/GOLFGTI/COMMENTS/B9CPB7/POSSIBLE_2019_6MT_
STALL_ISSUE_YOUR_FEEDBACK/

HTTPS://WWW.GOLFMK7.COM/FORUMS/SHOWTHREAD.PHP?P=776852#POST776852

HTTPS://WWW.REDDIT.COM/R/GOLFGTI/COMMENTS/AMH7H0/GOLF_GTI_MK75_ST
ALLING_COMING_TO_STOP_WITH_CLUTCH/

THE LATEST TIMES IN ATL TRAFFIC WHEN I WAS PREPARING TO MERGE FROM A
STOP INTO TRAFFIC AND IT STALLED OUT WHILE MOVING SLOWLY, ITS GETTING
DANGEROUS TO LOSE POWER WHEN YOU'RE IN TRAFFIC AND NEEDING IT.

**NHTSA ID Number:** 11193967
**Complaint Date April 4, 2019**
**Incident Date** March 16, 2019
**Consumer Location** IRVINE, CA
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
THE CAR WILL STALL WHEN SLOWING DOWN TO A STOP IN NEUTRAL, THEN
WILL REQUIRE RESTARTING. PROBLEM IS MORE PERSISTENT IN WARMER
TEMPERATURE AND ALSO WHEN THE OIL TEMPERATURE IS ABOVE 220
DEGREES. HOWEVER DOES NOT CAUSE CEL OR THROW ANY CODES. I AM
CONCERNED ABOUT MY SAFETY OPERATING THE VEHICLE IN THIS CONDITION
BECAUSE I CONSTANTLY HAVE TO RESTART THE CAR WHICH CAN PUT ME IN
VERY DANGEROUS SITUATION.

**NHTSA ID Number:** 11194331
**Complaint Date: April 6, 2019**
**Incident Date** April 6, 2019
**Consumer Location** MILTON, GA
**Vehicle Identification Number** 3VW5T7AU3KM****
I PURCHASED A 2019 GTI S ON MARCH 30TH 2019 AND IN ONE WEEK'S TIME I
STALLED OUT 7 TIMES. 3 OF THOSE 7 TIMES WERE WHEN I WAS AT A COMPLETE
STOP, IN NEUTRAL WITH MY FOOT ON THE BRAKE ONLY (NOT ON THE CLUTCH).
THE OTHER 4 TIMES WERE IN 2ND GEAR AT LOW SPEEDS BETWEEN 8 AND 10 MPH
WHEN I WAS EITHER PULLING INTO A DRIVEWAY OR GOING OVER A LONG BUT
LOW AND NOT AGGRESSIVE SPEED BUMP. THE STALL WOULD HAPPEN WHEN I
WOULD DEPRESS THE CLUTCH, NOT ON THE RELEASE.

**NHTSA ID Number:** 11194472
**Complaint Date Aril 7, 2019**
**Incident Date** March 6, 2019
**Consumer Location** OCEANSIDE, CA
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**

CLASS ACTION COMPLAINT            17

I HAVE THE 6-SPEED MANUAL TRANSMISSION. WHILE COMMUTING HOME ON
SURFACE STREETS AND STOPPED AT A STOPLIGHT WITH THE CAR IN NEUTRAL
AND THE CLUTCH OUT, THE CAR RANDOMLY STALLS. THIS ONLY HAS
HAPPENED WHILE IDLING AT A STOPLIGHT/STOP SIGN. I HAVE PLENTY OF GAS
AND NO CEL COMES UP. THE ENGINE IS WARM. IT HAPPENS WITHIN 1-2 SECONDS
AFTER COMING TO A COMPLETE STOP WITH THE CAR IN NEUTRAL. IT HAS
HAPPENED MANY TIMES BUT THEN EASILY STARTS AGAIN. IT'S A VERY GENTLE
STALL AND ALMOST FEELS LIKE THE CAR HAS AUTO STOP/START, WHICH MY
CAR DOES NOT. FORTUNATELY, THE DEALERSHIP WAS ABLE TO RECREATE THE
STALLING. THEY EVEN CONTACTED AND WORKED WITH VWOA BUT WERE NOT
ABLE TO DETERMINE EXACTLY WHAT THE PROBLEM WAS. THEY HAD THE CAR
FOR CLOSE TO 2 WEEKS TRIED SEVERAL DIFFERENT FIXES, BUT NONE WORKED.
SO WHEN ALL ELSE FAILS, THEY DID A "CAPACITIVE HARD REBOOT" OF THE
SYSTEM AND EVERYTHING SEEMED TO BE FIXED. HOWEVER, AFTER I PICKED
THE CAR UP FROM THE DEALERSHIP, IT STALLED TWICE ON MY DRIVE HOME.
NOW, IT'S BEEN A COUPLE OF WEEKS SINCE THEN AND IT HASN'T STALLED
SINCE, BUT IT DOESN'T GIVE ME MUCH CONFIDENCE THAT IT WON'T RETURN IF
THEY DON'T KNOW WHAT THE REBOOT DID.

**NHTSA ID Number:** 11194966
**Complaint Date April 9, 2019**
**Incident Date** April 6, 2019
**Consumer Location** SMITHTOWN, NY
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
MY CAR HAS ONLY 800 MILES ON IT. THE CAR IS EQUIPPED WITH A MANUAL
TRANSMISSION AND NO AUTO STOP/START SYSTEM. WHEN SLOWING DOWN
APPROACHING A RED LIGHT, I PUSH THE CLUTCH IN AND MOVE THE SHIFT
LEVER TO NEUTRAL. DURING THE LAST 5MPH OR SO, THE CAR WILL QUIETLY
STALL. I ONLY NOTICE IT STALLED WHEN I TRY TO GET MOVING AGAIN AND
REALIZE I HAVE TO START THE CAR. THIS HAS HAPPENED FIVE TIMES IN THE
PAST TWO WEEKS. I WANT TO NOTE THAT I HAVE FOUND REPORTS OF THE SAME
EXACT ISSUE WITH OTHER 2019 VW GTI OWNERS ON SEVERAL CAR FORUMS.
MANY OF THE OWNERS MENTION BRINGING THE CAR TO THE DEALER AND THE
DEALER STATING THEY "CANNOT REPLICATE THE ISSUE." I'M RELUCTANT TO
BRING IT TO THE DEALER AS THE ISSUE IS VERY DIFFICULT TO REPRODUCE AND
SEEMS TO HAPPEN AT RANDOM. I ALSO CAN'T AFFORD TO BE WITHOUT MY CAR
FOR A DAY OR TWO WHILE THEY ATTEMPT TO DIAGNOSE THE PROBLEM WITH
NO RESULTS.

**NHTSA ID Number:** 11195009
**Complaint Date April 9, 2019**
**Incident Date** April 7, 2019
**Consumer Location** MEDINA, OH
**Vehicle Identification Number** 3VW5T7AU1KM****
**Summary of Complaint**

CLASS ACTION COMPLAINT          18

I HAVE A 2019 GTI RABBIT EDITION WITH MANUAL TRANSMISSION. THE CAR WILL STALL OUT AT RANDOM TIMES WHILE COMING TO A ROLLING STOP WHILE THE CLUTCH PEDAL IS PRESSED ALL THE WAY DOWN. IT SEEMS TO HAPPEN ON A WARMED UP ENGINE. IT DOESN'T HAPPEN ALL THE TIME, BUT AT RANDOM TIMES WHEN I COME TO A ROLLING STOP. IT'S A VERY QUIET STALL AND SOMETIMES YOU DON'T EVEN REALIZE IT STALLED OUT.

**NHTSA ID Number:** 11195459
**Complaint Date** April 10, 2019
**Incident Date** April 8, 2019
**Consumer Location** NEW YORK, NY
**Vehicle Identification Number** 3VW5T7AU6KM****
**Summary of Complaint**
WHILE DRIVING AT LOW SPEED THE ENGINE WILL STALL

**NHTSA ID Number:** 11195492
**Complaint Date April 10, 2019**
**Incident Date** April 1, 2019
**Consumer Location** SHERMAN OAKS, CA
**Vehicle Identification Number** 3VW5T7AU6KM****
**Summary of Complaint**
CAR WILL SOFTLY STALL OUT WHEN I COME TO A STOP WITH THE CLUTCH FULLY DEPRESSED OR THE STICK OUT OF GEAR. STARTED HAPPENING WITH LESS THAN 200 MILES ON THE CAR. HAPPENED THREE SEPERATE OCCASIONS BEFORE 420 MILES. CAR WILL RESTART RIGHT AWAY IN EVERY INSTANCE EXCEPT FOR THE ONE RIGHT BEFORE 420 MILES. THAT INSTANCE THE CAR STALLED, I HIT THE START BUTTON, STARTED AGAIN, THEN STALLED IMMEDIATELY. STARTED AGAIN, STALLED AGAIN. STARTED AGAIN, STAYED IDLE AND I STARTED MOVING.

**NHTSA ID Number:** 11195547
**Complaint Date April 10, 2019**
**Incident Date** April 11, 2019
**Consumer Location** PHILADELPHIA, PA
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
THE CAR HAS 43 MILES ON IT AND IS STALLING WHEN COMING TO A STOP. IT'S STALLING WHEN STATIONARY IN NEUTRAL WITH THE CLUTCH DEPRESSED. IT'S ALSO STALLING IN GEAR WITH THE CLUTCH PRESSED (AT A STOP SIGN, CAR IN FIRST GEAR, FOOT ON CLUTCH, RPMS DROP TO ZERO AND CAR QUIETLY JUST TURNS OFF). IT DOESN'T RUMBLE LIKE A NORMAL MOTOR STALL WOULD, IT JUST SHUTS OFF (LIKE AUTO ON/OFF WOULD ON A AUTOMATIC).

**NHTSA ID Number:** 11197189
**Complaint Date April 18, 2019**
**Incident Date** April 6, 2019

CLASS ACTION COMPLAINT            19

**Consumer Location** TEQUESTA, FL
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
WHITE 2019 RABBIT EDITION 6MT, BUILD DATE OF 10/18, PURCHASED 4/6/19. ISSUE BEGAN THE DAY OF PURCHASE WITH LESS THAN 100 MILES ON THE CAR. THE VEHICLE WILL FREQUENTLY STALL WHEN THE CLUTCH IS FULLY DEPRESSED SHORTLY BEFORE COMING TO A STOP. THE STALL IS UNCHARACTERISTIC OF OTHER STALLS DUE TO DRIVER ERROR, AS IT CAN BARELY BE FELT THROUGH THE CAR. THIS HAS HAPPENED WHEN THE CAR IS BOTH IN GEAR AND OUT OF GEAR WHILE THE CLUTCH IS DEPRESSED. ONCE THE CAR STALLS, IT MUST BE RESTARTED BY PRESSING THE IGNITION BUTTON AGAIN. AFTER THE ENGINE IS RESTARTED, THE CAR WILL RESUME NORMAL DRIVING OPERATION UNTIL IT STALLS WHILE COMING TO A STOP AGAIN. THE STALLING ONLY SEEMS TO OCCUR WHEN THE CAR IS AT OPERATING TEMPERATURE.

THE CAR HAS BEEN AT THE DEALER FOR DIAGNOSTICS TWICE, BOTH TIMES HAVING NO RESULTS. A VW TECH WAS ABLE TO REPLICATE THE ISSUE, BUT WAS UNABLE TO FIND ITS SOURCE.

**NHTSA ID Number:** 11203366
**Complaint Date April 24, 2019**
**Incident Date** March 31, 2019
**Consumer Location** SOUTH SAN FRANCISCO, CA
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
THE VEHICLE HAS STALLED ON MULTIPLE OCCASIONS. MOST OF THE OCCURRENCES HAVE BEEN WHEN COMING TO A STOP ON CITY STREETS. IT DOES NOT MATTER IF THE CLUTCH IS PRESSED ALL THE WAY IN, OR IF VEHICLE IS IN NEUTRAL. IT IS A VERY QUIET STALL, NO DASH LIGHTS COME ON, AND STEERING WHEEL LOCKS. THE VEHICLE HAS TO BE STARTED AGAIN, AS IF IT WAS NEVER RUNNING. IT IS UNKNOWN WHAT IS CAUSING THE ISSUE.

**NHTSA ID Number:** 11203470
**Complaint Date** April 24, 2019
**Incident Date** April 24, 2019
**Consumer Location** MEDFORD, OR
**Vehicle Identification Number** 3VW5T7AU4KM****
**Summary of Complaint**
MY ENGINE KEEPS HAVING A SOFT STALL. I HAVE A MANUAL RABBIT UNDER 1K MILES. IT DOES THIS WHEN I COME TO A COMPLETE STOP. THIS IS THE SECOND ISSUE I HAVE WITH THE CAR ALREADY. THE FIRST WAS A SENSOR, WHICH WAS TAKEN CARE OF WITH EASE. NOW THIS ONE.

**NHTSA ID Number:** 11203843
**Complaint Date April 26, 2019**
**Incident Date** April 25, 2019

**Consumer Location** LAS VEGAS, NV
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
I AM CONCERNED WHEN COMING TO A STOP UNEXPECTEDLY MY CAR WILL
START TO IDLE ROUGH AND THEN STALL. I'M CONCERNED IT WILL HAPPEN
WHILE DRIVING AND THAT I COULD BE HIT. CURRENTLY IT HAPPENS AT LOW
SPEED WHEN STOPPING AND I CANNOT KEEP THE CAR RUNNING WHEN I START
IT UP AGAIN. I AM HAVING TO REV THE ENGINE TO KEEP IT RUNNING AND MOVE
OFF THE ROAD. MY CAR HAS A MANUAL TRANSMISSION AND THE CLUTCH IS
FULLY PRESSED DOWN WHEN THIS HAPPENS. I HAVE MORE THAN 3/4 TANK OF
GAS WHEN THIS HAPPENED.

**NHTSA ID Number:** 11205318
**Complaint Date May 2, 2019**
**Incident Date** April 23, 2019
**Consumer Location** SEATTLE, WA
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
CAR SPORADICALLY STALLS AT STOP WHILE CLUTCH IS DEPRESSED. USUALLY
IN 1ST GEAR BUT SOMETIMES NEUTRAL OR 2ND. I NOTICE IT MORE WHEN
ENGINE SOUND IS SET TO SPORT MODE. USUALLY THE STALL IS SILENT, TWICE
THE CAR SLIGHTLY SHUDDERED. DEALER HAS HAD IT FOR A WEEK WITH NO
ABILITY TO PREDICTABLY RECREATE. NO CODES/FAULTS ARE THROWN, THUS
NO DIAGNOSIS. CAR IS AT WARMED UP OPERATING TEMPERATURE WHEN
STALLS OCCUR. STALLS ARE ALWAYS ON CITY STREETS ON A STRAIGHT PATH
(I.E. TIRES ARE NOT IN A TURNED POSITION). PURCHASED CAR WITH 12 MILES ON
IT, STALL OCCURRED 5 TIMES BETWEEN 20 AND 85 MILES. DEALER SENT ME
HOME WITH INSTRUCTION TO COME BACK IF IT HAPPENS AGAIN; CAR STALLED 3
MILES AWAY FROM THE DEALERSHIP AND I IMMEDIATELY RETURNED THE CAR
TO THEM FOR FURTHER RESEARCH. STILL NO DIAGNOSIS.

**NHTSA ID Number:** 11206298
**Complaint Date May 8, 2019**
**Incident Date** May 1, 2019
**Consumer Location** SCOTTSDALE, AZ
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
VEHICLE UNEXPECTEDLY STALLS WHILE STATIONARY IN FIRST GEAR, CLUTCH
FULLY DEPRESSED. CAR WILL IDLE ROUGH THAN STALL. VEHICLE
UNEXPECTEDLY STALLS WHEN APPROACHING A STOP IN FIRST GEAR.
SOMETIMES STALLS QUIETLY, LIKE THE CAR TURNED OFF. HAD THE CAR A
WEEK AND HAPPENED ABOUT 10+ TIMES. DEALER TOLD ME CAN'T REPLICATE
THE PROBLEM, NOTHING TO FIX. CALLED VW CORPORATE TO LET THEM KNOW.

**NHTSA ID Number:** 11207142
**Complaint Date May 12, 2019**

CLASS ACTION COMPLAINT           21

**Incident Date** May 11, 2019
**Consumer Location** MEDIA, PA
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
CAR IS AT 3500 MILES, BOUGHT NEW FROM DEALER. CAR IS MANUAL
TRANSMISSION. CAR HAS BEEN FINE UNTIL 5/11/19. WHILE STUCK IN HIGHWAY
TRAFFIC, THE CAR STALLED WITH THE CLUTCH DEPRESSED. 10 MINUTES AFTER
THE INCIDENT, THIS TIME OFF THE HIGHWAY, THE CAR STALLED WITH THE
CLUTCH DEPRESSED AGAIN WHEN I WAS STOPPING AT A STOP SIGN. IN CASE #1)
I WAS IN 1ST GEAR. THE STALL WAS VERY SMOOTH AND NOT NOTICED BY
PASSENGERS (I NOTICED IT DUE TO TACHOMETER FALLING TO 0). THE CLUTCH
WAS %100 DEPRESSED #2) I WAS IN 3RD OR 4TH GEARS. I WAS SLOWING DOWN
FOR A STOP SIGN. WHEN I CAME TO A STOP, THE CAR STALLED. I WAS ALERT
DUE TO THE FIRST INCIDENT AND MADE SURE TO TAKE NOTE OF WHAT
HAPPENED. THE CLUTCH WAS ONCE AGAIN DEPRESSED.

IN BOTH CASES, THE CAR STALLED AND LEFT ME WITHOUT THE ABILITY TO
ACCELERATE OR STEER. LUCKILY THE PROBLEM HAPPENED WHILE STOPPING
AND NOT AT HIGH SPEEDS.

**NHTSA ID Number:** 11208223
**Complaint Date** May 17, 2019
**Incident Date** May 16, 2019
**Consumer Location** CHARLOTTE, NC
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**
MY VEHICLE STALLS AT IDLE FOR NO REASON. I HAVE TO RESTART MY ENGINE
OVER AND OVER WHEN COMING TO A STOP. IT SEEMS TO HAPPEN MORE OFTEN
WHEN ENGINE IS WARMED UP. THIS IS DEFINITELY A SAFETY ISSUE IF YOU
STALL WHILE WAITING TO TURN LEFT THROUGH TRAFFIC.

**NHTSA ID Number:** 11208287
**Complaint Date** May 17, 2019
**Incident Date** February 1, 2019
**Consumer Location** FAIRBORN, OH
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
MY VEHICLE WOULD STALL OUT/ENGINE WOULD TURN OFF RANDOMLY ON ITS
OWN FROM A STOPPED POSITION AND MOVING MOTION. STARTED IN FEBUARY
2019 - CURRENT

- COMING DOWNHILL IN NEUTRAL TO A LIGHT. WHEN PROCEEDING AFTER IT
TURNED GREEN, I NOTICED MY ENGINE WAS OFF. I THEN PROCEEDED TO THE
NEXT LIGHT AND THE VEHICLE THEN CUT OFF ON ITS OWN AGAIN AT THE NEXT
LIGHT WHILE IN NEUTRAL WITH MY FOOT ON THE BRAKES. MY GAS METER WAS
AT 1/3 TANK AND I PROCEEDED TO THE NEAREST GAS STATION AFTER I

CLASS ACTION COMPLAINT             22

RESTARTED MY VEHICLE. AFTERWARDS, I WENT ON THE HIGHWAY AND WAS
COMING TO A SLOW DOWN DUE TO TRAFFIC AND SWITCH MY GEAR TO
NEUTRAL AND PRESSED ON THE BRAKES AND AS SOON AS I WAS COMING UP TO
THE CAR IN FRONT OF ME MY VEHICLES ENGINE SHUT OFF WHILE I WAS
COASTING AT 30-40MPH. I WAS STILL IN MOTION WHEN IT HAPPENED. I
PROCEEDED TO RESTART MY VEHICLE WHEN IT CAME TO A FULL STOP AND
CALLED MY DEALER.

- 2ND OCCURENCE HAPPEND WHEN I WAS SLOWING DOWN TO MAKE A RIGHT
TURN AND HAD MY FOOT ON THE CLUTCH PEDAL GOING INTO 2ND FROM 3RD.
MY VEHICLES ENGINE THEN CUTOFF AGAIN WHEN MY FOOT WAS STILL
PRESSED INTO THE CLUTCH PEDAL. I HAD RESTARTED THE CAR WHILE IN
MOTION TO AVOID INCOMING TRAFFIC TO ACCELERATE INTO THE TURN.

- 3RD OCCURENCE HAPPENED AGAIN WHEN I WAS IN NEUTRAL COASTING INTO
MY PARKING SPOT AT MY APARTMENT, THE ENGINE CUT ITSELF OFF AGAIN.

-4TH OCCURENCE HAPPENED IN A SERIES, I WAS COMING UP TO A PARKING SPOT
IN NEUTRAL AND AS I BRAKED TO A COMPLETE STOP, MY ENGINE SHUT OFF. I
RESTARTED MY VEHICLE AND HAD IT DRIFT BACKWARDS IN NEUTRAL, IT HAD
SHUT OFF AGAIN WITHOUT MY STICK SHIFT BEING IN ANY GEAR SLOTS. I THEN
RESTARTED MY VEHICLE AND HAD IT IN FIRST GEAR TO MOVE INTO MY
PARKING SPACE AND AFTER MOVING FORWARD AND THEN GOING INTO
NEUTRAL TO BRAKE, THE ENGINE CUT OFF AGAIN.

- LAST INSTANCE WAS FROM A STOPPED POSITION TO A NEUTRAL COAST
LEAVING A PARKING LOT, THIS HAPPEND TWICE.

**NHTSA ID Number:** 11208346
**Complaint Date May 17, 2019**
**Incident Date** May 17, 2019
**Consumer Location** WAPPINGERS FALLS, NY
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
CAR STALLS WHEN COMING TO A STOP WITH FOOT IN CLUTCH. ALSO, IF YOU
SHIFT FROM NEUTRAL TO FIRST, STILL WITH FOOT IN CLUTCH FULLY, IT WILL
SOMETIMES STALL. THE RANDOM STALLING IS NOT CAUSE BY THE USER
BECAUSE THE CLUTCH IS 100% DEPRESSED, YET THE CAR STILL SILENTLY
STALLS. ALONG WITH THIS, THE SHIFT INDICATOR IS NOT ALWAYS ACCURATE,
SOMETIMES I MAY BE IN 3RD, YET IT DISPLAYS THAT I AM IN 4TH.

**NHTSA ID Number:** 11208782
**Complaint Date May 20, 2019**
**Incident Date** May 11, 2019
**Consumer Location** RIDGEWOOD, NJ
**Vehicle Identification Number** 3VW5T7AUXKM****

**Summary of Complaint**
UPON COMING TO A COMPLETE STOP WITH THE CLUTCH FIRMLY AND
COMPLETELY PRESSED, THE ENGINE THEN STALLS. THIS OCCURS ONLY AFTER
DRIVING ON REGULAR STREETS STOP AND GO FOR APPROXIMATELY 20
MINUTES. IT WILL THEN STALL AT COMPLETE STOPS INFREQUENTLY AND IT
OCCURS PROBABLY ABOUT 5 TIMES EVERY 15 MINUTES. THIS HAS HAPPENED
EVERY TIME I HAVE DRIVEN THE CAR SINCE I PICKED IT UP BRAND NEW ON
5/11/19. IT IS NOW BACK IN THE SHOP FOR THEM TO FIX IT FOR A SECOND TIME.

**NHTSA ID Number:** 11208846
**Complaint Date May 20, 2019**
**Incident Date** May 10, 2019
**Consumer Location** MINNEAPOLIS, MN
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
VEHICLE WILL SPONTANEOUSLY TURN OFF ENGINE OR STALL WHILE
DECELERATING FROM SPEEDS OF APPROXIMATELY LESS THAN 20 MPH. CAR
WILL STALL WITH CLUTCH DEPRESSED OR NOT, STEERING WHEEL LOSES POWER
ASSIST, AND CAR NEEDS TO BE RESTARTED. ENGINE SHUT OFF OCCURS WHILE
VEHICLE IS IN MOTION AND HAS OCCURRED APPROXIMATELY 5 TIMES IN FIRST
800 MILES OF OWNERSHIP.

**NHTSA ID Number:** 11209610
**Complaint Date May 24, 2019**
**Incident Date** May 24, 2019
**Consumer Location** UNION CITY, CA
**Vehicle Identification Number** 3VW5T7AU1KM****
**Summary of Complaint**
THE CAR WILL RANDOMLY STALL WHEN COMING TO A STOP. AS OF 5/23, THE
CAR HAS 1,030 MILES ON IT. IT HAPPENED A FEW TIMES AT ABOUT 400-500 MILES
AND THEN IT WENT AWAY, BUT RECENTLY IT HAS BEEN HAPPENING A FEW
TIMES A DAY. THIS HAPPENS INTERMITTENTLY WHILE COMING TO A STOP
EITHER ALREADY IN NEUTRAL, AND IT HAS ALSO HAPPENED WHILE ROLLING TO
A STOP WITH THE CLUTCH DEPRESSED. IT IS NOT YOUR TYPICAL STALL, THERE
IS NO JERKINESS AND THE ENGINE JUST SILENTLY SHUTS DOWN. WOULD BE
HARD TO NOTICE IF EYES ARE NOT ON THE RPM, IT JUST DIES AND HITS 0 RPM.

**NHTSA ID Number:** 11210239
**Complaint Date May 28, 2019**
**Incident Date** May 27, 2019
**Consumer Location** OAKDALE, PA
**Vehicle Identification Number** 3VW5T7AU4KM****
**Summary of Complaint**
THE ISSUE PRESENTS ITSELF SLOWING DOWN TO A STOP, WHERE THE ENGINE
WILL SOFT STALL AND REQUIRE RESTARTING. THIS OCCURS WHEN THE

TRANSMISSION IS IN GEAR WITH THE CLUTCH DEPRESSED AND ALSO WHEN THE THE TRANSMISSION IS IN NEUTRAL.

**NHTSA ID Number:** 11210623
**Complaint Date May 29, 2019**
**Incident Date** May 28, 2019
**Consumer Location** CORPUS CHRISTI, TX
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
I PURCHASED THIS CAR WITH ONLY 600 MILES ON IT AND HAVE HAD IT FOR 3 DAYS. IT IS A 6 SPEED MANUAL TRANSMISSION AND NOT THE FIRST MANUAL I HAVE EVER HAD. WHEN COMING TO A STOP, IF THE CLUTCH IS ENGAGED FULLY, THE CAR WILL SOFT STALL LEAVING ME TO HAVE TO RESTART THE CAR TO GET MOVING. THE STALL IS SO SUBTLE THAT EVERY TIME IT HAS HAPPENED I DIDN'T REALIZE IT UNTIL I PRESSED THE GAS AND THE CAR DID NOTHING.THIS IS A VERY DANGEROUS PROBLEM THAT VW IS FAILING TO RECOGNIZE.

FOR EXAMPLE, IT HAPPENED WHILE I WAS SLOWING DOWN IN THE TURNING LANE TO TAKE A LEFT TURN ACROSS TRAFFIC. WITH THE CLUTCH FULLY DEPRESSED I DOWNSHIFTED TO FIRST GEAR AND BEGAN TO TURN ACROSS THE ONCOMING LANE. AS I BEGAN TO APPLY THROTTLE AND RELEASE THE CLUTCH I NOTICED THE CAR HAD STALLED AND WAS FORCED TO RESTART THE CAR. THIS ALL HAPPENED WHILE I WAS SITTING IN THE ONCOMING LANE OF TRAFFIC WHICH COULD HAVE EASILY CAUSED AN ACCIDENT IF THERE HAD BEEN CARS COMING.

AT FIRST I THOUGHT THAT IT WAS MY DOING SO I SPENT SOME TIME TRYING TO RECREATE THE ISSUE. ABOUT 1 IN EVERY 5 STOPS WITH THE CLUTCH FULLY ENGAGED, WHETHER IN GEAR OR IN NEUTRAL, THE CAR WILL STALL WHEN IT COMES TO A STOP. THIS IS NOT NORMAL BEHAVIOR OR DUE TO INEXPERIENCE. I HAVE NEVER HAD A MANUAL VEHICLE WHERE THE ENGINE WOULD EVER STALL WITH THE CLUTCH FULLY ENGAGED.

AFTER DOING A LITTLE RESEARCH ONLINE THIS IS APPARENTLY A WIDE SPREAD ISSUE THAT IS AFFECTING BRAND NEW 2019 GTI'S WITH THE MANUAL TRANSMISSION. VW IS FAILING TO ACKNOWLEDGE THAT THERE IS A PROBLEM AND THIS NEGLIGENCE WILL ULTIMATELY LEAD TO AN ACCIDENT THAT COULD COST SOMEBODY THEIR LIFE. SOMETHING NEEDS TO BE DONE!

**NHTSA ID Number:** 11217000
**Complaint Date May 30, 2019**
**Incident Date** May 30, 2019
**Consumer Location** EAST MEADOW, NY
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**

CLASS ACTION COMPLAINT          25

THE ENGINE STALL COMING UP ON A STOP. THE CLUTCH IS FULLY DEPRESSED AND GEAR IN NEUTRAL. THIS HAS HAPPENED ALMOST EVERY DAY.

**NHTSA ID Number:** 11217139
**Complaint Date May 31, 2019**
**Incident Date** May 30, 2019
**Consumer Location** LA CRESCENTA, CA
**Vehicle Identification Number** 3VW5T7AU5KM****
**Summary of Complaint**
2019 VW GTI S WITH THE 6 SPEED MANUAL TRANSMISSION IN WHITE. THE CAR STALLS OUT. IT HAPPENS WHEN IT'S IN NEUTRAL, AS I COME TO A STOP (NOT IN GEAR, AND THE CLUTCH IS NOT DEPRESSED). IT STALLS OUT THE WAY A CAR WOULD STALL WHEN YOU COME TO A STOP WHEN YOU ARE IN GEAR. THE CAR WAS JUST PURCHASED 7 DAYS AGO. IT CURRENTLY HAS 105 MILES ON IT AND THIS HAS HAPPENED 5 DIFFERENT TIMES. BUILD DATE OF 3/19

**NHTSA ID Number:** 11217294
**Complaint Date June 1, 2019**
**Incident Date** May 28, 2019
**Consumer Location** HENDERSON, NV
**Vehicle Identification Number** 3VW5T7AU5KM****
**Summary of Complaint**
VEHICLE WAS PURCHASED ON 5/27/19. VEHICLE HAS JUST OVER 1000 MILES. ISSUE FIRST STARTED DAY AFTER THE PURCHASE. THE VEHICLE'S ENGINE WILL INTERMITTENTLY STALL AFTER COMING TO A STOP. THE NATURE OF THE STALL IS SUBTLE, NOT JERKY. ALMOST LIKE A AUTO START/STOP FEATURE ON A VEHICLE WITH AN AUTO TRANSMISSION (MY GTI HAS A 6-SPEED MANUAL). THIS HAS HAPPENED 10 TIMES NOW. IVE HAD IT HAPPEN WITH THE CLUTCH PEDAL PRESSED (CLUTCH DISENGAGED) AND THE VEHICLE GEAR SHIFTER IN NEUTRAL AND ALSO IN GEAR. IVE ALSO HAD IT HAPPEN WITH THE CLUTCH PEDAL NOT PRESSED (CLUTCH ENGAGED) AND THE GEAR SHIFTER IN NEUTRAL. CAR RESTARTS FINE, BUT THIS IS DEFINITELY A SAFETY ISSUE THAT CAN LEAD TO ACCIDENTS.

**NHTSA ID Number:** 11217367
**Complaint Date June 2, 2019**
**Incident Date** June 2, 2019
**Consumer Location** ANNAPOLIS, MD
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
DURING STREET AND HIGHWAY DRIVING, THE ENGINE STALLS AFTER THE VEHICLE IS BROUGHT TO A COMPLETE STOP WITH CLUTCH DEPRESSED AND/OR TRANSMISSION IN NEUTRAL. OCCURS WITH ENGINE AT OPERATING TEMPERATURE IRRESPECTIVE OF INITIAL SPEED OR ENGAGED GEAR PRIOR TO COMMENCEMENT OF BRAKING AND DECELERATION. IMMEDIATELY PRIOR TO THE STALL, THE ENGINE RUNS ROUGH OR SEEMS TO BE MISFIRING FOR ONE OR

TWO SECONDS. ONCE THE FIRST EVENT OCCURS, IT WILL THEN REPEAT 25-50% OF THE TIME THE VEHICLE IS DECELERATED TO A STOP.

**NHTSA ID Number:** 11217664
**Complaint Date June 3, 2019**
**Incident Date** June 3, 2019
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** 3VW5T7AU6KM****
**Summary of Complaint**
CAR ENGINE HAS STALLED MULTIPLE TIMES WHILE PULLING UP TO A STOP. CAR IS A SIX SPEED MANUAL AND WAS OUT OF GEAR AT THE TIME THE STALL OCCURRED

**NHTSA ID Number:** 11217835
**Complaint Date June 4, 2019**
**Incident Date** June 4, 2019
**Consumer Location** ADDISON, TX
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
I HAVE BEEN DRIVING MANUAL TRANSMISSIONS FOR ALMOST 10 YEARS. I HAVE HAD THE CAR STALL ON ME THREE TIMES WHILE MOVING AT LOW SPEEDS WHILE IN FIRST GEAR, SPECIFICALLY WHEN PARKING AND WE STARTING TO MOVE AGAIN FROM A STOP AT A LIGHT. THE ENGINE SHUTS OFF ALMOST AS IF THE ENGINE'S START/STOP FEATURE ENGAGED, NOT LIKE A TYPICAL STALL. THE CAR IS BRAND NEW WITH 350 MILES AS OF TODAY WHEN IT HAPPENED FOR THE THIRD TIME.

**NHTSA ID Number:** 11217909
**Complaint Date June 4, 2019**
**Incident Date** June 4, 2019
**Consumer Location** BEVERLY HILLS, CA
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
WHEN I AM SLOWING DOWN TO A STOP AND I HAVE THE CAR OUT OF GEAR, THE ENGINE WILL SOFT STALL AND REQUIRE RESTARTING. THIS HAPPENS IN TRAFFIC AND IS VERY DISORIENTING.

**NHTSA ID Number:** 11218069
**Complaint Date June 5, 2019**
**Incident Date** June 5, 2019
**Consumer Location** MEDIA, PA
**Vehicle Identification Number** 3VW5T7AU2KM****
**Summary of Complaint**
AFTER THE ENGINE HAS WARMED UP, CAR WILL OCCASIONALLY STALL EVEN WITH CLUTCH FULLY DEPRESSED AND COMING TO A STOP. THE STALL IS GENTLE, LIKE THE ENGINE IS JUST SWITCHED OFF. THE CAR DOES NOT LURCH.

CLASS ACTION COMPLAINT             27

**NHTSA ID Number:** 11218180
**Complaint Date June 5, 2019**
**Incident Date** May 22, 2019
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
WHETHER THE CAR IS IN GEAR OR NOT THE VEHICLE WILL STALL OUT. WHEN
VEHICLE IS IN GEAR AND CLUTCH IS FULLY DEPRESSED THE VEHICLE WILL
STALL. DOES NOT MATTER IF IT IS 1ST GEAR OR REVERSE THE SAME WILL
HAPPEN.

**NHTSA ID Number:** 11218707
**Complaint Date June 8, 2019**
**Incident Date** June 7, 2019
**Consumer Location** READING, PA
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
THE CAR WILL STALL WHILE IN NEUTRAL OR WITH THE CLUTCH FULLY
DEPRESSED IN 1ST GEAR WHEN SLOWING TO A STOP. IT HAPPENED IN A
PARKING LOT WHILE COASTING IN NEUTRAL TO A STOP. IT THEN HAPPENED
THREE MORE TIMES IN STOP AND GO TRAFFIC. IT SEEMS TO HAPPEN
RANDOMLY; THERE IS NOTHING SPECIFICALLY THAT SEEMS TO TRIGGER IT OR
PREVENT IT. THE CAR WILL SIMPLY CUT OUT AND DIE WHILE OUT OF GEAR AND
SLOWING TO A STOP BELOW 10MPH. CLEARLY STALLING RANDOMLY IN
TRAFFIC IS A SAFETY CONCERN FOR MYSELF AND THOSE AROUND ME AND
VOLKSWAGEN NEEDS TO ADDRESS IT.

**NHTSA ID Number:** 11218851
**Complaint Date June 10, 2019**
**Incident Date** June 8, 2019
**Consumer Location** COLLINGSWOOD, NJ
**Vehicle Identification Number** 3VW6T7AU8KM****
**Summary of Complaint**
THE ENGINE WILL FREQUENTLY STALL WHEN I COME TO A COMPLETE STOP,
REQUIRING ME TO SHIFT THE CAR INTO PARK, RESTART THE CAR, AND THEN
PUT IT BACK INTO GEAR. I HAVE THE DSG TRANSMISSION AND THIS ISSUE HAS
OCCURRED BOTH WITH THE AUTO START/STOP ON AND WITH IT OFF. I
SOMETIMES DON'T REALIZE THE ENGINE HAS STALLED UNTIL I HAVE TO START
MOVING AGAIN, AT A RED LIGHT FOR INSTANCE, WHICH CREATES A
DANGEROUS SITUATION.

**NHTSA ID Number:** 11219277
**Complaint Date June 11, 2019**
**Incident Date** June 10, 2019
**Consumer Location** CLEARFIELD, PA

CLASS ACTION COMPLAINT            28

**Vehicle Identification Number** 3VW5T7AU8KM****
**Summary of Complaint**
HAS BEEN STALLING OUT AT LOW SPEED TO LOW RPMS.

WHEN COMING TO A STOP HOLD THE CLUTCH IN WHILE IN GEAR WILL SOFTLY
STALL OR WHILE OUT OF GEAR AND CLUTCH IS NOT PRESSED IN IT WILL STALL
OUT AS WELL. HAPPENED 6 TIMES IN A 10 MILE TRIP.

**NHTSA ID Number:** 11219875
**Complaint Date June 13, 2019**
**Incident Date** June 13, 2019
**Consumer Location** SYRACUSE, NY
**Vehicle Identification Number** 3VW5T7AU0KM****
OUT WHILE COASTING IN NEUTRAL TO A STOP <5MPH AND STALLED OUT
ALMOST IMMEDIATELY AFTER RESTARTING IGNITION 4 TIMES UNTIL I GAVE IT
GAS AND HELD IT ABOVE 1500 RPM. VEHICLE IS A RABBIT EDITION 6 SPEED
TRANSMISSION -- STALL WAS 100% NOT DRIVER ERROR AND WAS IN NEUTRAL.
891 MILES ON THE VEHICLE.

**NHTSA ID Number:** 11219913
**Complaint Date June 13, 2019**
**Incident Date** June 13, 2019
**Consumer Location** PORTLAND, OR
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
THE ENGINE WOULD STALL WHEN APPROACHING A STOP. SOMETIMES ENGINE
WOULD ALSO STALL AT LOW SPEEDS

**NHTSA ID Number:** 11220008
**Complaint Date June 14, 2019**
**Incident Date** June 12, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
MY 2019 S MODEL PRODUCED IN 9/2018 WITH MANUAL TRANSMISSION IS
STALLING AT LOW SPEEDS WITH CLUTCH FULLY ENGAGED. IT HAPPENS IN FIRST
OR SECOND GEAR USUALLY WHEN EITHER TRYING TO COME TO A STOP OR IN
STOP AND GO TRAFFIC COASTING AT VERY LOW SPEEDS WITH CLUTCH IN. THE
CAR DOES NOT LURCH. IT SIMPLY JUST SHUTS OFF QUIETLY. IT HAS HAPPENED
SO FAR ON AN OFF RAMP, IN TRAFFIC, AND PULLING INTO MY DRIVEWAY. I JUST
BOUGHT THE CAR 3 DAYS AGO ON TUESDAY, JUNE 11TH WITH ONLY A FEW
HUNDRED MILES ON IT. IT STARTED HAPPENING THE DAY AFTER I BOUGHT IT. IT
ONLY HAPPENED ONCE ON THAT DAY, BUT HAPPENED SEVERAL MORE TIMES
YESTERDAY. AT FIRST I THOUGHT IT WAS USER ERROR UNTIL I GOOGLED IT AND
SAW AT LEAST 80 PEOPLE WITH THE SAME PROBLEM. I HAVE NEVER HAD A
MANUAL CAR STALL IN LOWER GEARS WITH THE CLUTCH FULLY ENGAGED. IT

CLASS ACTION COMPLAINT          29

IS NOT NORMAL OR SAFE IN MY OPINION. I PLAN ON TAKING IT BACK TO THE
DEALER AS SOON AS I CAN SO THEY CAN INVESTIGATE FURTHER.

**NHTSA ID Number:** 11220766
**Complaint Date June 17, 2019**
**Incident Date** June 17, 2019
**Consumer Location** WESTERVILLE, OH
**Vehicle Identification Number** 3VW5T7AU4KM****
**Summary of Complaint**
VEHICLE WITH AN INTERMITTENT STALL IN THE SIX SPEED MANUAL
TRANSMISSION. STALLS OCCURS WHEN DECELERATING WITH THE CLUTCH
PEDAL DEPRESSED. SO FAR, THIS HAS OCCURRED ON CITY STREETS AT LOW
ROLLING SPEEDS IN THE MIDST OF A LEFT HAND TURN. A FULL STOP (AS WHEN
WAITING FOR ONCOMING TRAFFIC TO PASS) DOES NOT OCCUR BEFORE ONSET
OF THE STALL, RATHER THE STALL HAS OCCURRED MIDWAY THROUGH THE
ROLLING TURN AS THE BRAKE PEDAL IS RELEASED, THE GEAR SELECTED, AND
CLUTCH PEDAL RELEASED. IN EVERY INSTANCE IN WHICH THE STALL HAS
INITIALLY OCCURRED, THE POWER LOSS OCCURS WHILE MY VEHICLE IS IN THE
LANE OF ONCOMING TRAFFIC, WITH ONLY THE MOMENTUM OF THE CAR
PROPELLING ME OUT OF THE LANE. IN THE MOST RECENT INCIDENT, THE STALL
REPEATED AFTER TWO ATTEMPTS TO RESTART THE VEHICLE WITH THE CLUTCH
PEDAL DEPRESSED. AFTER TURNING THE IGNITION FULLY OFF, THEN
RESTARTING THE VEHICLE, THE STALL OCCURRED A THIRD TIME. AFTER
LETTING THE VEHICLE SIT FOR A PERIOD OF ABOUT 20 MINUTES, THE CAR
STARTED AND FUNCTIONED WITHOUT INCIDENT.

**NHTSA ID Number:** 11222603
**Complaint Date June 25, 2019**
**Incident Date** June 2, 2019
**Consumer Location** SEATTLE, WA
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
CAR HAS MANUAL TRANSMISSION. CAR UNEXPECTEDLY STALLS OUT WHEN
SLOWING TO A STOP IN CITY DRIVING. ALTHOUGH RESTARTING THE ENGINE IS
NO PROBLEM, IT SOMETIMES WILL STALL REPEATEDLY REQUIRING MULTIPLE
RESTARTS. I HAVE NOT BEEN ABLE TO FIGURE OUT WHAT IS CAUSING THE
PROBLEM, NOR CAN I FORCE IT TO HAPPEN.

**NHTSA ID Number:** 11223099
**Complaint Date June 28, 2019**
**Incident Date** April 14, 2019
**Consumer Location** WEST SPRINGFIELD, MA
**Vehicle Identification Number** 3VW5T7AU7KM****
**Summary of Complaint**
COMING TO A STOP, CLUTCH ALL THE WAY IN, THE CAR WILL STALL. IT IS NOT
YOUR TYPICAL "JUMPY" DRIVER ERROR STALL, BUT RATHER IT FEELS AS IF THE

ENGINE JUST SHUTS DOWN. ITS VERY SUBTLE AND THE ONLY WAY YOU EVEN KNOW ITS HAPPENING IS THAT YOU SEE YOUR RPMS DROP OFF. ALWAYS HAPPENING WHEN COMING TO A STOP. DIFFICULT TO BRING THE PROBLEM TO THE DEALER BECAUSE IT IS DIFFICULT TO REPRODUCE ON COMMAND.

**NHTSA ID Number:** 11229111
**Complaint Date July 2, 2019**
**Incident Date** June 30, 2019
**Consumer Location** DALY CITY, CA
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**
WHEN COMING TO A STOP IN 1ST OR WHILE STOPPED AT A LIGHT IN NEUTRAL, THE CAR WILL STALL OUT.

**NHTSA ID Number:** 11229491
**Complaint Date July 4, 2019**
**Incident Date** July 4, 2019
**Consumer Location** MILFORD, OH
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
CAR WILL STALL EVERY OTHER DAY OR SO. MAY ALSO STALL TWICE IN ONE DAY. SEEMS TO BE MORE COMMON WHEN ITS WARMER OUT. IT STALLS IN NEUTRAL OR IN GEAR WITH CLUTCH DEPRESSED WHEN SLOWING DOWN TO A STOP. ALREADY HAD IT TO THE DEALER TWICE. STILL STALLS.

**NHTSA ID Number:** 11232214
**Complaint Date July 16, 2019**
**Incident Date** July 10, 2019
**Consumer Location** CINCINNATI, OH
**Vehicle Identification Number** 3VW5T7AU6KM****
**Summary of Complaint**
THE ENGINE STALLS WHEN APPROACHING A STOP DESPITE BEING IN NEUTRAL. THE STALL IS GENTLE (NOT SUDDEN). EACH TIME, THE COOLANT AND OIL TEMPERATURE WERE AT REGULAR OPERATING TEMPERATURES (WARMED UP, NOT COLD). THIS HAS HAPPENED 3 TIMES THUS FAR, AT APPROXIMATELY 30 MILES, 120 MILES, AND 500 MILES ON THE ODOMETER. THIS CAR IS WITH THE MANUAL TRANSMISSION.

**NHTSA ID Number:** 11234932
**Complaint Date July 25, 2019**
**Incident Date** July 25, 2019
**Consumer Location** HAVERFORD, PA
**Vehicle Identification Number** 3VW5T7AU0KM****
**Summary of Complaint**
WHEN AT IDLE OR COMING TO A STOP, WITH THE CAR IN NEUTRAL AND THE CLUTCH PEDAL NOT ENGAGED THE VEHICLE WILL SOFT STALL AND REQUIRE A

KEY TURN TO START THE MOTOR AGAIN. THIS HAS HAPPENED SEVERAL TIMES ON A BRAND NEW VEHICLE. 6SPD MANUAL

**NHTSA ID Number:** 11255265
**Complaint Date September 13, 2019**
**Incident Date** September 1, 2019
**Consumer Location** DUBLIN, NH
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 VOLKSWAGEN GTI. WHILE DRIVING VARIOUS LOW SPEEDS, THE VEHICLE SUDDENLY STALLED WHEN COMING TO A STOP. THE FAILURE OCCURRED ON THREE SEPARATE OCCASIONS. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE LOCAL DEALER AND MANUFACTURER WERE NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 700. *DT

UPDATE: DEALER WAS NOTIFIED ON 13-SEP-2019 IMMEDIATELY AFTER THIS COMPLAINT WAS ORIGINALLY FILED. FAILURE HAS NOW OCCURRED ON 3

OCCASIONS. VEHICLE WAS BROUGHT TO DEALER ON 10-)CT-2019 FOR DIAGNOSIS BUT WAS UNABLE TO FIX AS IT STALLED FOR A THIRD TIME THAT DAY WHEN RETURNING HOME. DEALER WAS AGAIN NOTIFIED OF THE THIRD STALL AND IS AWAITING PERMANENT FIX INFORMATION WHEN AVAILABLE FROM VWOFA. APPROX. MILEAGE AT TIME OF FAILURES: 700 MILES ON 17-JUL-2019, 900 MILES ON 01-SEP-2019, AND 1750 MILES ON 10-OCT-2019.*JB

**NHTSA ID Number:** 11266113
**Complaint Date October 4, 2019**
**Incident Date** July 31, 2019
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 3VW5T7AU6KM****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 VOLKSWAGEN GTI. THE CONTACT STATED THAT THE VEHICLE STALLED WHEN THE CLUTCH WAS FULLY DEPRESSED AND THE GEAR WAS IN NEUTRAL. THE CONTACT STATED THAT THE FAILURE OCCURRED WHEN THE ENGINE WAS WARMED UP. THE VEHICLE WAS TAKEN TO DEMONTROND VOLKSWAGEN (14101 NORTH FREEWAY, HOUSTON TX, 77090, (281) 872-3855) TO BE DIAGNOSED, BUT A FAILURE COULD NOT BE FOUND. THE DEALER RESET THE COMPUTER, BUT THE FAILURE WAS NOT CORRECTED. THE VEHICLE CONTINUED TO STALL WHEN THE ENGINE WAS WARMED UP. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED. THE FAILURE MILEAGE WAS 12,000.

**NHTSA ID Number:** 11269710
**Complaint Date October 19, 2019**
**Incident Date** October 11, 2019
**Consumer Location** WASHINGTON TERRACE, UT

**Vehicle Identification Number** 3VW5T7AU4KM****
**Summary of Complaint**
VEHICLE INTERMITTENTLY WILL STALL OUT WHEN COMING TO A COMPLETE
STOP, AND MUST BE MANUALLY RESTARTED FOR EACH FAILURE AND THE CAR
SUCCESSFULLY RESTARTS EVERY TIME WITH NO ISSUES. EACH STALL
HAPPENED WHILE VEHICLE WAS COMING TO A STOP BETWEEN 0 AND 10 MILES
PER HOUR WITH NO WARNING, WITH THE CLUTCH FULLY DEPRESSED AND THE
VEHICLE IN NEUTRAL. THE VEHICLE DOES NOT HAVE AN AUTO START/STOP
FEATURE. THE FAILURE SEEMS TO BE EITHER ELECTRICAL OR MECHANICAL IN
NATURE, AND ONLY OCCURS WHEN THE VEHICLE IS COMPLETELY UP TO
OPERATING TEMPERATURE. THIS STALLING ISSUE HAS OCCURRED A TOTAL OF
15 TIMES IN THE WEEK THAT I HAVE OWNED IT, STARTING WITH THE FIRST DAY
OF PURCHASE, BUT DOES NOT HAPPEN EVERY TIME I DRIVE THE CAR. THERE IS
CURRENTLY NO CHECK ENGINE LIGHT, AND NO CODES STORED FOR THIS
FAILURE. THE ENGINE DOES SOMETIMES RUN VERY ROUGH RIGHT BEFORE IT
STALLS, BUT THIS HAS ONLY HAPPENED 3 TIMES OUT OF THE TOTAL 15
FAILURES THAT HAVE OCCURRED. THE ONLY SECONDARY ISSUE THAT MAY BE
RELATED TO THIS FAILURE IS AN INCORRECT GEAR INDICATION BEING SHOWN
ON THE DASH, WHICH I HAVE ONLY NOTICED A COUPLE OF TIMES. CURRENTLY
WAITING FOR SERVICE AT THE DEALERSHIP TO LOOK AT THE VEHICLE,
HOWEVER, THEY HAVE INFORMED ME THAT THEY ARE NOT AWARE OF ANY
PERMANENT SOLUTIONS TO THIS ISSUE AND THEY ARE AWARE THAT THIS IS A
COMMON ISSUE WITH THIS YEAR MAKE AND MODEL OF VEHICLE.

**NHTSA ID Number:** 11280955
**Complaint Date November 18, 2019**
**Incident Date** November 7, 2019
**Consumer Location** CLEVELAND, OH
**Vehicle Identification Number** 3VW5T7AU3KM****
**Summary of Complaint**
MY 2019 GOLF GTI 6 SPEED MANUAL FREQUENTLY AND SEEMINGLY RANDOMLY
STALLS WHEN COMING TO A STOP. SOME DAYS THE CAR WILL NOT STALL AT
ALL OTHER TIMES THE CAR WILL STALL EVERYTIME IT COMES TO A COMPLETE
STOP. IT HAPPENS AFTER THE CAR HAS FULLY WARMED UP AND WILL HAPPEN
AT THE MOST UNEXPECTED TIMES. THE CAR STALLS VERY GENTLY, NO
LURCHING OR BUCKING.

**NHTSA ID Number:** 11281246
**Complaint Date November 20, 2019**
**Incident Date** November 19, 2019
**Consumer Location** MUNDELEIN, IL
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
RE: NHTSA ACTION NUMBER DP19003.
I HAVE A 2019 GTI SE 6MT. AT LOW SPEEDS, COMING TO A STOP, WITH CLUTCH
ENGAGED, THE CAR WILL STALL. NO WARNING LIGHTS OR NOTICEABLE SOUNDS

CLASS ACTION COMPLAINT          33

APPEAR, BUT THE ENGINE JUST TURNS OFF. SOMETIMES YOU DON'T KNOW IT'S OFF UNTIL YOU TRY TO ACCELERATE. A COUPLE OF TIMES THE ENGINE WOULD QUIETLY SHUT OFF WHILE THE CAR WAS IN MOTION WITH CLUTCH ENGAGED AND GEAR IN NEUTRAL. THE FREQUENCY OF THIS OCCURENCE IS HIGHER WHEN IM IN STOP AND GO TRAFFIC. I PURCHASED MY CAR BRAND NEW YESTERDAY, 11/18/2019, WITH LESS THAN 30 MILES. THE STALLING OCCURRED THE NEXT DAY ON 11/19/2019 IN BUMPER TO BUMPER TRAFFIC. TO PROIVDE CONTEXT, I'VE BEEN DRIVING MANUAL TRANSMISSIONS 13 YEARS, WITH MY PREVIOUS CAR BEING A 6MT 2013 GTI, AND NEVER ENCOUNTERED THIS TYPE OF ISSUE BEFORE. TO TEST WHETHER IT'S HUMAN ERROR, I CONCIOUSLY PRESSED DOWN ON THE CLUTCH AS HARD AS I COULD AND KEPT IT ENGAGED UNTIL FULL STOP TO ENSURE I WASN'T RELEADING TOO EARLY, BUT THE ISSUE STILL PERSISTED. I'VE STALLED OVER 10 TIMES IN A DAY, WHICH APPEARS TO OCCUR AT RANDOM, BUT MORESO DURING LOW SPEED, STOP AND GO DRIVING. BECAUSE OF THE SUBTLE ENGINE SHUTOFF, LEFT TURNS FROM A STANDSTILL CAN BE EXTREMELY DANGEROUS DUE TO STALLING ON ONCOMING TRAFFIC WITHOUT KNOWING YOUR ENGINE IS OFF, AMONGST THE OTHER DANGEROUS IMPLICATIONS OF THIS ISSUE. PLEASE CONSIDER THIS A SERIOUS ISSUE, WHICH APPEARS TO BE IMPACTING MANY OTHER 2019 GTI 6MT OWNERS.

**NHTSA ID Number:** 11297514
**Complaint Date January 6, 2020**
**Incident Date** January 6, 2020
**Consumer Location** LAS VEGAS, NV
**Vehicle Identification Number** 3VW5T7AUXKM****
**Summary of Complaint**
THE VEHICLE SEEMS TO PERIODICALLY STALL WHEN I'M TRAVELING AT LOW SPEEDS, SUCH AS IN PARKING LOTS, OR SLOWING DOWN TO TAKE A RIGHT OR LEFT TURN. IT HAS RECURRED ENOUGH (~4 TIMES IN 220 MILES) TO KNOW IT IS NOT DRIVER ERROR.

**NHTSA ID Number:** 11309970
**Complaint Date February 18, 2020**
**Incident Date** February 16, 2020
**Consumer Location** KIRKLAND, WA
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
CAR STALLS AT SLOW SPEEDS AND WHEN FULLY STOPPED. THE STALL HAS HAPPENED 4 TIMES: TWICE WHILE MOVING AT ROUGHLY 5MPH TOWARDS A RED LIGHT, AND TWICE WHILE STOPPED AT RED LIGHTS. IN EACH CASE, THE CLUTCH PEDAL WAS FULLY ON THE FLOOR AND BRAKE PEDAL WAS ENGAGED. IT IS BRAND NEW CAR AND THE FIRST STALL HAPPENED AT ROUGHLY 160 MILES ON THE ODOMETER. THE LAST STALL WAS AT 191.

**NHTSA ID Number:** 11315480
**Complaint Date March 1, 2020**

**Incident Date** March 1, 2020
**Consumer Location** CABOT, AR
**Vehicle Identification Number** 3VW447AU9JM****
**Summary of Complaint**
AN ISSUE EXISTS WHERE THE START STOP SYSTEM (S/S) CAN CAUSE THE
VEHICLE TO STALL AT A STOP LIGHT.

AT ONE POINT, THE DRIVER WAS IN STOPPED IN TRAFFIC, WHICH CAUSED MY S/S
TO ACTIVATE, TURNING OFF THE VEHICLE'S ENGINE. THE DRIVER UNBUCKLED
HIS SEAT BELT SO HE COULD PUT SOMETHING INTO THE GLOVE BOX, THEN RE
BUCKLED HIS SEAT BELT. TRAFFIC BEGAN MOVING AGAIN, SO THE DRIVER HIT
THE ACCELERATOR. THE VEHICLE DID NOT ACCELERATE. THERE WAS A
NOTIFICATION ON THE DASH STATING "PLEASE START ENGINE MANUALLY". THE
DRIVER ATTEMPTED TO START THE ENGINE, BUT THE VEHICLE WAS STILL IN
DRIVE, SO THE VEHICLE NOTIFIED HIM TO PUT THE TRANSMISSION INTO P OR N.
THE DRIVER SHIFTED THE VEHICLE INTO N, RESTARTED THE ENGINE, SHIFTED
BACK INTO DRIVE AND THEN RESUMED DRIVING. (AFTER CREATING A SMALL
TRAFFIC JAM)

LATER, THE DRIVER TOOK THE VEHICLE TO THE DEALERSHIP AND EXPLAINED
THE ISSUE. THE SERVICE DEPARTMENT POLITELY EXPLAINED THAT THE S/S
SYSTEM DOES THAT, AND THERE IS NOTHING THAT THEY CAN DO. THEY
EXPLAINED THAT MULTIPLE FACTORS STIPULATE THE S/S SYSTEM'S DECISIONS,
SUCH AS ENGINE TEMPERATURE, POWER CONSUMPTION (JUST TO NAME A FEW).
THE DRIVER ALSO ASKED IF THE DEALERSHIP COULD JUST REMOVE S/S SYSTEM,
THEY EXPLAINED THAT THEY WERE NOT ALLOWED TO DUE TO EPA
REGULATIONS.

ATTACHED IS A PNG FILE CONTAINING SCREENSHOTS OF A MP4 THAT THE
DRIVER TOOK ON 03/01/20 WHILE ATTEMPTING TO RECREATE THE INCIDENT.

IT SHOULD BE NOTED THAT THE DRIVER COULD NOT RECREATE THE INCIDENT
PERFECTLY. THE DRIVER WAS ONLY ABLE TO MAKE IT SO THAT THE S/S
MECHANISM WOULD RESTART THE ENGINE AFTER THE DRIVER RE BUCKLED HIS
SEAT BELT AND SUBSEQUENTLY DEPRESSED THE ACCELERATOR MOST OF THE
WAY DOWN (NOT REQUIRING THE DRIVER TO SHIFT THE VEHICLE INTO P OR N
AND RESTARTING THE ENGINE).

**NHTSA ID Number**: 11315812
**Complaint Submitted**: March 3, 2020
**Date of Incident**:  March 1, 2020
**Consumer Location**:  South San Francisco, CA
**Vehicle Identification No**. (VIN): 3VW6T7AU9KM
**Summary of Complaint**:
MY 2019 VW GTI-S IS EQUIPPED WITH A DSG TRANSMISSION. I WAS DRIVING IT IN
MANUAL SPORT MODE ON THE FREEWAY ON SUNDAY 1 MARCH 2020. AFTER

CLASS ACTION COMPLAINT          35

GETTING OFF OF THE FREEWAY AND ONTO THE CITY SURFACE STREETS, THE
CAR STALLED WHEN I CAME TO A STOP. I THOUGHT IT WAS BECAUSE I HAD NOT
TURNED OFF THE ENGINE START/STOP DEFEAT FEATURE OFF BUT THAT WAS
NOT THE CASE. ANOTHER 6-7 STALLS OCCURRED AS I DROVE THE CAR THE FEW
MILES BACK HOME AFTER DROPPING OFF A FRIEND.

THERE WERE 4-5 PREVIOUS INDIVIDUAL INCIDENTS PRIOR TO SUNDAY.

ON MONDAY 2 MARCH WHILE I DROVE THE CAR HOME ON THE FREEWAY IN
STOP AND GO COMMUTE TRAFFIC THERE WERE NO PROBLEMS; HOWEVER
AFTER EXITING THE FREEWAY THE CAR STALLED AGAIN 3 SEPARATE TIMES
AFTER I CAME TO A FULL STOP AT THE SIGNALS AND STOP SIGNS LEADING TO
MY HOME.

**NHTSA ID Number:** 11318971
**Complaint Date March 22, 2020**
**Incident Date** March 21, 2020
**Consumer Location** CATASAUQUA, PA
**Vehicle Identification Number** 3VW5T7AU9KM****
**Summary of Complaint**
I HAVE A 2019 VOLKSWAGEN GTI 6 SPEED MANUAL TRANSMISSION. WHILE I WAS
OUT RUNNING ERRANDS TO THE LOCAL FOOD STORE AND HARDWARE STORE, I
CAME TO A COMPLETE AND FULL STOP AT A STOP SIGN. AT THIS TIME THE CAR
WAS IN NEUTRAL WITH THE CLUTCH PEDAL DISENGAGED AND THE BRAKE
PEDAL DEPRESSED. I NOTICED THE CAR HAD A SOFT STALL. THIS HAPPENED A
TOTAL OF ABOUT 6 TIMES. IT IS ALMOST AS IF THE CAR HAS THE AUTO STOP
FEATURE THAT TURNS THE ENGINE OFF AT A FULL AND COMPLETE STOP BUT
MY CAR IS NOT EQUIPPED WITH THAT OPTION. I FEEL AS IF THE ENGINE IS THE
PROBLEM BECAUSE IT IS CUTTING OFF. I ALSO FEEL IT COULD BE THE
TRANSMISSION THINKING THAT THE CAR IS IN A DIFFERENT GEAR AND NOT
ENOUGH RPMS TO SUSTAIN THAT GEAR. I ALSO FEEL IT COULD BE A VACUUM
LEAK WHICH IS NOT SENDING THE RIGHT SIGNALS TO THE ENGINE COMPUTER
OR SOMETHING ELSE. AT THE TIME OF THIS HAPPENING IT WAS SUNNY AND IN
MID FIFTIES IN TEMPERATURE.

### 2019 Jetta

**NHTSA ID Number:** 11216921
**Complaint Date May 30, 2019**
**Incident Date** May 29, 2019
**Consumer Location** EL CENTRO, CA
**Vehicle Identification Number** 3VW5T7BU8KM****
**Summary of Complaint**
MY MANUAL TRANSMISSION-EQUIPPED 2019 JETTA GLI (2.0T) STALLS AT SLOW
SPEEDS AND AT STOP LIGHTS DESPITE THE CLUTCH PEDAL FULLY ENGAGED

("TO THE FLOOR") OR THE VEHICLE COASTING IN NEUTRAL. I HAVE HAD THE
CAR FOR THREE DAYS AND IN TWO OF THOSE DAYS, THE VEHICLE HAS STALLED
WHILE DRIVING THROUGH CITY STREETS AND AT STOP LIGHTS. THE FIRST
OCCURRENCE HAPPEN AT APPROXIMATELY 100 MILES ON THE ODOMETER, WITH
THE SECOND AT AROUND 120 MILES. THE VEHICLE SHOWED NO PREEMPTIVE
SIGNS OF A STALL, AND NECESSITATED A FULL RE-IGNTIION OF THE ENGINE IN
ORDER TO PROCEED OUT OF TRAFFIC. A QUICK SEARCH OF "2019 JETTA GLI/GTI
STALLING ISSUE" RETURNS A LARGE LIST OF IDENTICAL OCCURRENCES WITH
MANUAL TRANSMISSIONS IN 2019-BUILT ENGINES/DRIVETRAINS.

**NHTSA ID Number:** 11217691
**Complaint Date June 4, 2019**
**Incident Date** June 2, 2019
**Consumer Location** ATLANTA, GA
**Vehicle Identification Number** 3VWN57BU1KM****
**Summary of Complaint**
"HILL HOLD ASSIST" DOES NOT DISENGAGE QUICKLY IN MANUAL
TRANSMISSION VEHICLES WHEN STOPPED FACING UP AN INCLINE CAUSING THE
DRIVER TO EITHER STALL THE VEHICLE POTENTIALLY IN DANGEROUS
SITUATIONS OR BURN THE CLUTCH WHILE ATTEMPTING TO GET THE VEHICLE
MOVING CAUSING PREMATURE CLUTCH WEAR. OFTEN TIRES SPIN ONCE THE
BRAKE IS RELEASED CAUSING PREMATURE TIRE WEAR. THIS COULD EASILY BE
SOLVED WITH SOFTWARE UPGRADES ALLOWING THE DRIVER TO DISABLE THIS
FEATURE AND/OR REFINING THE RELEASE TO BE MORE INSTANTANEOUS.

**NHTSA ID Number:** 11234974
**Complaint Date July 26, 2019**
**Incident Date** July 24, 2019
**Consumer Location** FRESNO, CA
**Vehicle Identification Number** 3VW6T7BU8KM****
**Summary of Complaint**
ENGINE STALLS OCCASIONALLY, I HAVE THE DSG AUTOMATIC TRANSMISSION
AND SOMETIMES WHEN I AM AT A COMPLETE STOP, THE ENGINE TURNS OFF
AND A REQUEST DISPLAYS ON THE SCREEN ASKING ME TO MANUAL RESTART
THE ENGINE. THIS HAS HAPPENED TO ME 5 TOMES ALREADY SINCE I'VE
PURCHASED THE VEHICLE LAST A FEW DAYS AGO. THE VEHICLE HAS ABOUT 400
MILES ON IT, I'VE PURCHASED IT NEW.

I'M CONCERNED THAT THE ENGINE MIGHT STALL ON THE HIGHWAY AND I'M
CONCERNED ABOUT MY SAFETY WITH THE VEHICLE.

**NHTSA ID Number:** 11241648
**Complaint Date August 4, 2019**
**Incident Date** August 4, 2019
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 3VW5T7BU9KM****

**Summary of Complaint**

THIS IS A BRAND NEW MANUAL TRANSMISSION JETTA GLI WITH ONLY 160 MILES. AFTER DRIVING FOR ABOUT 16 MINUTES AT HIGHWAY SPEEDS ON THE EXPRESSWAY, THE CAR QUIETLY STALLED OUT WHILE COMING TO A STOP ON AN EXIT RAMP. I RESTARTED THE CAR, DROVE TO A STOPLIGHT ABOUT A MINUTE AWAY AND AFTER COMING TO A STOP AT THAT LIGHT THE CAR STALLED AGAIN. WAS ABLE TO RESTART THE VEHICLE ONCE AGAIN AND DRIVE OFF.

THIS IS A VERY DANGEROUS SITUATION IF THE CAR WAS TO STALL IN THE MIDDLE OF A TURN OR AT HIGH SPEED ON AN EXPRESSWAY.

**NHTSA ID Number:** 11244139
**Complaint Date August 15, 2019**
**Incident Date** July 15, 2019
**Consumer Location** NORTH CHARLESTON, SC
**Vehicle Identification Number** 3VW5T7BU7KM****
**Summary of Complaint**

ON MY MANUAL TRANSMISSION GLI, THE ENGINE STALLS INTERMITTENTLY. IT HAS HAPPENED AT A COMPLETE STOP, AT WALKING SPEED, AND ONCE AROUND 10MPH. IT HAS HAPPENED WITH THE CLUTCH PEDAL COMPLETELY DEPRESSED WITH THE SHIFTER IN NEUTRAL OR IN GEAR, AND HAS ALSO HAPPENED WHILE IDLING IN NEUTRAL WITH FOOT COMPLETELY OFF THE CLUTCH. IT IS NOT A HARD STALL LIKE LEARNING TO DRIVE STICK. IT JUST STRUGGLES AND SOFTLY DIES OUT. I HAVE ALSO NOTICED THAT THE GEAR INDICATOR WILL TEND TO DISPLAY THE WRONG GEAR, PARTICULARLY WHEN DOWNSHIFTING. I'VE ALSO NOTICED THAT THE ENGINE RPMS ARE SOMETIMES AFFECTED SIMPLY BY PUSHING IN AND LETTING OUT THE CLUTCH. I FIRST NOTICED THIS PARKED IN MY LEVEL CARPORT. WITH THE CAR IN NEUTRAL, PUSHING IN AND LETTING THE CLUTCH OUT WILL RESULT IN A BRIEF SLIGHT RPM SPIKE. ON OTHER OCCASIONS IT IS COMPLETELY ABSENT LIKE NORMAL OPERATION. I CLASSIFIED THIS AS POWER TRAIN, BUT IT COULD BE ENGINE, TRANSMISSION, COMPUTER MANAGEMENT, ETC.

**NHTSA ID Number:** 11253561
**Complaint Date September 6, 2019**
**Incident Date** September 5, 2019
**Consumer Location** GROVETOWN, GA
**Vehicle Identification Number** 3VW5T7BU0KM****
**Summary of Complaint**

CAR CONSTISTENTLY STALLS WHEN COMING TO A STOP. WILL STALL EVEN IN NEUTRAL WITH THE CLUTCH DEPRESSED. WILL DRIVE FINE SOMETIMES AND SOMETIMES IT WILL STALL 15+ TIMES IN A SINGLE TRIP. IT HAS ALMOST CAUSED AN ACCIDENT WHEN TRYING TO TURN IN AN INTERSECTION MULTIPLE TIMES NOW. STARTED AROUND 1,200 MILES ON THE CAR AND HAPPENS FREQUENTLY.

CLASS ACTION COMPLAINT          38

**NHTSA ID Number:** 11254511
**Complaint Date September 10, 2019**
**Incident Date** September 6, 2019
**Consumer Location** SUMMERVILLE, SC
**Vehicle Identification Number** 3VW5T7BU2KM****
**Summary of Complaint**
WHEN COMING TO A STOP THE VEHICLE WOULD STALL WITHOUT WARNING
WITH THE TRANSMISSION IN NEUTRAL AND THE CLUTCH ALL THE WAY OUT.
SEEMS TO OCCUR WHEN THE VEHICLE IS DRIVING FOR A WHILE AND GETS HOT.
VEHICLE IS AT 2460 MILES AND DID IT OFF AND ON SINCE 32 MILES.

**NHTSA ID Number:** 11255697
**Complaint Date September 16, 2019**
**Incident Date** September 12, 2019
**Consumer Location** STATEN ISLAND, NY
**Vehicle Identification Number** 3VW6T7BU0KM****
**Summary of Complaint**
CAR WILL STALL OUT WHEN COMING TO A STOP WHILE IN MANUAL MODE OF
DSG TRANSMISSION, WITH START/STOP DEACTIVATED. DRIVER IS PLACED IN A
DANGEROUS SITUATION, MUST PUT THE CAR IN PARK TO RESTART VEHICLE.

**NHTSA ID Number:** 11256575
**Complaint Date September 19, 2019**
**Incident Date** September 14, 2019
**Consumer Location** MADISON, TN
**Vehicle Identification Number** 3VW5T7BU1KM****
**Summary of Complaint**
2019 JETTA GLI 6MT. CAR WILL STALL WHEN COMING TO A STOP IN FIRST,
SECOND, AND NEUTRAL. WHEN IN NEUTRAL, CLUTCH CAN BE EITHER IN OR OUT
TO REPLICATE ISSUE. HAS HAPPENED WHEN COASTING TO A STOP AT <10 MPH,
AS WELL AS WHEN AT A STOP. TYPICALLY TAKES 2-5 SECONDS FOR CAR TO
SHUT DOWN. CAR CURRENTLY HAS ~600 MILES ON IT, HAS BEEN HAPPENING
SINCE I GOT THE CAR DELIVERED (TOOK DELIVERY AT 300 MILES DUE TO
DEALERSHIP DELIVERING CAR TO MY HOUSE).

**NHTSA ID Number:** 11257798
**Complaint Date September 24, 2019**
**Incident Date** September 24, 2019
**Consumer Location** GRANGER, IN
**Vehicle Identification Number** 3VW5T7BU5KM****
**Summary of Complaint**
VEHICLE STALLS WHEN CLUTCH IS DEPRESSED, PLACED BACK INTO NEUTRAL,
WHEN COMING TO A STOP. THE STALLING HAPPENS MORE FREQUENTLY AFTER
THE CAR HAS BEEN DRIVEN FOR 15-30 MINUTES. STALL OCCURS WHIL ROLLING
TO A STOP

**NHTSA ID Number:** 11266094
**Complaint Date October 4, 2019**
**Incident Date** September 23, 2019
**Consumer Location** RANCHO CUCAMONGA, CA
**Vehicle Identification Number** 3VW5T7BU4KM****
**Summary of Complaint**
MY CAR IS 2 WEEKS OLD WITH 400 MILES ON THE CAR. SINCE THE ODOMETER
HAD APROX 100 MILES ON IT THE CAR HAS BEEN HAVING A ISSUE WITH
STALLING WHEN COMING TO A STOP. IN THE PAST 2 WEEKS IT HAS STALLED
APROX 26 TIMES WHEN COMING TO A STOP. I HAVE BROUGHT THE CAR BACK TO
THE DEALERSHIP FOR THIS ISSUE BECAUSE THE CAR STALLED 3 TIMES IN A 15
MILE DRIVE ON THE FREEWAY IN BUMPER TO BUMPER TRAFFIC. THE CAR IS
VERY UNPREDICTABLE AS TO WHEN IT WILL DECIDE TO STALL BUT BECOMES A
VERY DANGEROUS SITUATION WHEN COMMUTING ON THE FREEWAY AND IT
DECIDES TO STALL. THE CAR IS A MANUAL TRANSMISSION AND DOES NOT HAVE
THE AUTO START STOP FUNCTION BUT STALLS OUT WHEN COMING TO A STOP. I
HAVE INFORMED THE DEALERSHIP THAT THIS CAR IS VERY DANGEROUS TO
HAVE MY FAMILY OR ANYONE RIDE IN AS YOU DO NOT KNOW IF IT WILL FAIL
AND PUT YOU AT RISK OF BEING HIT BY ANOTHER VEHICLE. THIS IS A BRAND
NEW CAR AND SHOULD NOT HAVE STALLING OR ENGINE FAILURES AT ANY
POINT LET ALONE HAVING OVER 20 IN A 2 WEEK PERIOD. THE CAR IS AT VW
BEING EVALUATED BUT I DO NOT FEEL COMFORTABLE OR SAFE KNOWING THIS
SITUATION IS HAPPENING.

**NHTSA ID Number:** 11267874
**Complaint Date October 11, 2019**
**Incident Date** October 11, 2019
**Consumer Location** SUNRISE, FL
**Vehicle Identification Number** 3VWCB7BU7KM****
**Summary of Complaint**
2019 JETTA SE PURCHASE DATE 9/28/19, LOUD RATTLE/VIBRATION/ SHUDDER
UNDERCAR DRIVERS SIDE, ALWAYS THERE ON LIGHT LOAD ACCELERATION
1600-1800 RPM.

CAR SHUDDERS UNDER LOAD 30-40 MPH, ACCELERATION DIMINISHED TO LIMP
APPROX 5 SECONDS, ENGINE KEEPS RUNNING, NO STALL BUT FEELS AS THOUGH
IT IS READY TO STALL.

INQUIRED WITH DEALER SERVICE DEPARTMENT, HAS NEVER HEARD OF THESE
CONCERNS.

CAR FEELS UNSAFE WITH POTENTIAL TO STALL ON ACCELERATION, DRIVELINE
HAS LOUD RUMBLE AND SHUDDER, WORSENING DAILY, TODAYS MILEAGE 590.

CONDITIONS ARE WHEN RUNNING AND UNDER LIGHT LOAD AND HIGHWAY
MERGING ACCELERATION.

CAR DOES NOT MERGE WELL DUE TO REDUCED POWER THAT FEELS
PROPORTIONAL AND DUE TO UNDER CAR SHUDDER.

**NHTSA ID Number:** 11278127
**Complaint Date November 4, 2019**
**Incident Date** October 6, 2019
**Consumer Location** ALTA LOMA, CA
**Vehicle Identification Number** 3VW5T7BU9KM****
**Summary of Complaint**
I PURCHASED MY VW JETTA AUTOBAHN EDITION 6 SPEED MANUAL
TRANSMISSION (BUILD DATE OF 07/19) ON 10/06/2019. IT WAS PURCHASED NEW
WITH UNDER 10 MILES ON IT AND SINCE DAY 1 WHEN I DROVE IT HOME, I HAVE
BEEN EXPERIENCING EXCESSIVE STALLING IN LOW SPEEDS. THE ENGINE TURNS
OFF WITHOUT WARNING AS I SLOW TO A STOP AND HAPPENS WITH OR WITHOUT
THE CLUTCH ENGAGED AND ALSO WHEN THE VEHICLE IS IN NEUTRAL. ALL OF
THE STALLS HAVE OCCURRED WHILE I HAVE BEEN DRIVING ON CITY STREETS
AND SEEMS TO BE HAPPENING IN THE AFTERNOONS MAINLY AND ONLY AFTER I
HAVE BEEN DRIVING FOR ABOUT 10+ MILES BUT ONCE THE FIRST STALL
OCCURS, THE VEHICLE WILL STALL AGAIN WITHIN 1-2 MILES THEREAFTER. ON A
SINGLE DRIVE, IT HAS STALLED UP TO 5-6 TIMES. I AM ALSO EXPERIENCING
INCORRECT GEAR INDICATOR. FOR EXAMPLE, IF I AM IN 3RD GEAR, THE
VEHICLE REGISTERS THAT I AM IN 5TH GEAR AND VICE VERSA. MY VEHICLE HAS
UNDER 2K MILES AND IS CURRENTLY AT THE DEALER AND THEY ARE
ATTEMPTING TO FIGURE OUT THE PROBLEM. THE SERVICE MANAGER I DEALT
WITH MENTIONED THAT HE, PERSONALLY, HAS WORKED WITH 2 CUSTOMERS
THAT HAVE PRESENTED THE SAME PROBLEM. 1 CUSTOMER HAD HIS VEHICLE
"BOUGHT BACK" AND THE OTHER, WHICH WAS A MONTH AGO, HAD HIS
"THROTTLE VALVE" REPLACED AND HAS NOT HAD THE PROBLEM RETURN. I
HAVE VIDEO OF INSTANCES TO SUPPORT THIS CLAIM, HOWEVER THE FILE SIZE
IS TOO LARGE TO UPLOAD. *TR

**NHTSA ID Number:** 11279232
**Complaint Date November 10, 2019**
**Incident Date** November 8, 2019
**Consumer Location** OCALA, FL
**Vehicle Identification Number** 3VW5T7BU1KM****
**Summary of Complaint**
EVERY SENSE I BOUGHT MY JETTA OVER THE LAST FEW MONTHS IT STALLS OUT
WHEN SLOWING DOWN TO A STOP AND WHEN STARTING FROM A STOP. THE
RPMS WILL GO UP BUT THEN DROP IMMEDIATELY. IT'S HAPPENED QUITE A FEW
TIMES. I'VE CALLED MY LOCAL VOLKSWAGEN DEALER AND THEY SAID THEY
HAVE NOT HEARD OF ANY OTHER ISSUES LIKE THIS. IT STALLED OUT TWICE ON
MY WHEN DRIVING HOME THE OTHER NIGHT IT HAS ALMOST CAUSED ME TO BE
REAR ENDED A FEW DIFFERENT TIMES TO THE POINT I'M SCARED TO DRIVE
WITH MY NEPHEWS IN THE CAR. WHEN I'M SLOWING DOWN I PUSH IN THE

CLASS ACTION COMPLAINT            41

CLUTCH AND THE RPMS WITH SHOOT UP AND THEN STALL OUT IT DOESN'T MATTER IF I GIVE IT MORE THROTTLE OR NOT. THE SAME THING HAPPENS WHEN I'M STARTING FROM A START AT LOW SPEED. IT HAPPENS MOSTLY ON CITY STREET. HAS HAPPENED ONCE ON THE HIGHWAY WHEN I WAS SLOWING DOWN FOR BUMPER TO BUMPER TRAFFIC.

**NHTSA ID Number:** 11281546
**Complaint Date November 21, 2019**
**Incident Date** November 21, 2019
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 3VW5T7BUXKM****
**Summary of Complaint**
VEHICLE WILL STALL AT TIMES WHEN COMING TO COMPLETE STOP, OR WHEN COASTING IN NEUTRAL, WITH CLUTCH PEDAL DEPRESSED. VW DEALER RESET ECU ADAPTATIONS. ISSUE STILL REMAINS.

**NHTSA ID Number:** 11292489
**Complaint Date January 1, 2020**
**Incident Date** January 1, 2020
**Consumer Location** ATLANTA, GA
**Vehicle Identification Number** 3VW5T7BU4KM****
**Summary of Complaint**
THE VEHICLE IS A 6-SPEED MANUAL TRANSMISSION. THE VEHICLE WILL STALL OUT WHEN COMING TO A STOP. NOT USER ERROR, SINCE THE STALLING HAPPENS WHEN THE CAR IS IN NEUTRAL - COASTING TO A STOP. STALL OUT IS VERY SOFT - AKIN TO JUST SHUTTING OFF THE ENGINE. THIS HAPPENS NEARLY EVERY STOP AFTER RUNNING THE CAR FOR ABOUT 15 MINUTES. THIS PHENOMENON IS REPEATABLE AND EXTREMELY UNSAFE.

**NHTSA ID Number:** 11320116
**Complaint Date April 3, 2020**
**Incident Date** April 4, 2019
**Consumer Location** TYRONE, PA
**Vehicle Identification Number** 3VWST7BUOKM****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 VOLKSWAGEN JETTA. THE CONTACT STATED THAT ON MULTIPLE OCCASIONS WHILE STOPPED ON AN INCLINE, THE HILL ASSIST FEATURE CAUSED THE VEHICLE TO STALL INTERMITTENTLY WITHOUT WARNING. THE FAILURE OCCURRED WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE CONTACT STATED THAT THE STALL LASTED APPROXIMATELY 3 SECONDS. THE VEHICLE WAS TAKEN TO FIORE VOLKSWAGEN (1000 S LOGAN BLVD, HOLLIDAYSBURG, PA 16648), ON THREE SEPARATE OCCASIONS. THE CONTACT WAS INFORMED THAT THE VEHICLE PERFORMED AS DESIGNED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS UNKNOWN. THE VIN WAS NOT AVAILABLE. *DT*JB

**NHTSA ID Number:** 11321370
**Complaint Date April 17, 2020**
**Incident Date** April 17, 2020
**Consumer Location** RIVERSIDE, CA
**Vehicle Identification Number** 3VW5T7BU7KM****
**Summary of Complaint**
WHEN I?M DRIVING THE CAR WILL JUST STALL OUT OF NOWHERE, THEN AFTER
THIS HAPPENS I WOULD START THE VEHICLE BACK UP AND IT WILL CUT OFF

### 2018 Tiguan

**NHTSA ID Number:** 11114461
**Complaint Date** July 30, 2018
**Incident Date** July 27, 2018
**Consumer Location** WOODBRIDGE, CT
**Vehicle Identification Number** 3VV2B7AX5JM****
**Summary of Complaint**
THIS VEHICLE HAS A DRIVE ABILITY PROBLEM. THE CAR HAS A MAJOR
HESITATION AND IS VERY DANGEROUS WHEN PULLING ONTO THE HIGHWAY.
THE CAR ALMOST CUTS OUT BUT DOESN'T STALL AND FIND IT VERY
DANGEROUS. THE DEALER TOLD ME THAT NOTHING IS WRONG WITH IT. ALSO,
THERE WAS A RECALL ON MY AMBIENT LIGHTING ON MY SUNROOF. THERE
COULD BE A LEAK OR HUMIDITY COULD AFFECT THE WIRING AND COULD
CAUSE A FIRE. THERE FIX IS TO DISCONNECT IT. I HAVE NO SUNROOF LIGHTING.
I SHOULD GET A REFUND FOR SOMETHING THEY TOOK AWAY

**NHTSA ID Number:** 11156726
**Complaint Date August 19, 2018**
**Incident Date** July 15, 2018
**Consumer Location** RICHMOND, VA
**Vehicle Identification Number** 3VV2B7AXXJM****
**Summary of Complaint**
I PURCHASED MY TIGUAN SE 4MOTION IN JULY 2018 AND SINCE I HAVE OWNED
THE VEHICLE I HAVE HAD ISSUES WITH THE ACCELERATION AND NOISE COMING
FROM THE PASSENGER SIDE B PILLAR. THE ACCELERATION FEELS LIKE A TURBO
LAG FROM THE START WHERE THE GAS PEDAL IS PRESSED BUT THE VEHICLE
HESITATES TO RESPOND CAUSING A SMALL "STALL". THIS HAPPENS IN BOTH
DRIVE AND SPORT MODES. WHEN ACCELERATING UP-HILL THE VEHICLE HAS
ISSUES WITH FINDING THE PROPER GEAR AND CONSTANTLY SEARCHES FOR A
GEAR TO SETTLE ON. THE B PILLAR NOISE SOUNDS LIKE LOUD CLICKING WHEN
GOING OVER BUMPS AND RUTS IN THE ROAD AND EVEN MAKES A NOISE WHEN
OPENING THE DOOR TO ITS FULLEST.

**NHTSA ID Number**: 11112369

CLASS ACTION COMPLAINT          43

**Complaint Submitted**: July 19, 2018
**Date of Incident**: January 15, 2018
**Consumer Location**:  Kemah, TX
**Vehicle Identification No**. (VIN): 3VV3B7AX3JM
**Summary of Complaint**:
WE PURCHASED OUR 2018 TIGUAN IN JANUARY OF THIS YEAR FROM
MOMENTUM VOLKSWAGEN OF CLEAR LAKE. OUR CAR HAS BEEN IN 3 TIMES FOR
SERVICE AND EACH TIME (AT 5K, 10K, AND 15 MILES), I HAVE EXPLAINED TO THE
SERVICE WRITERS THAT MY CAR HAS A LAG, A STOP IN THE THROTTLE AND
TURBO, WHERE IT FAILS TO ACCELERATE IMMEDIATELY UPON PUSHING THE
GAS PEDAL. THIS DELAY / HESITATION / AND ALL OUT STALLING IS PLACING ME
IN VERY DANGEROUS SITUATIONS WHILE DRIVING.TWICE IN THE LAST WEEK, IT
HAS COMPLETELY STALLED (ENGINE DOES NOT SHUT OFF BUT CAR WILL NOT
GO) WHERE I WAS ALMOST REAR-ENDED ON THE FREEWAY IN ONE OCCASION
AND ALMOST T-BONED IN AN INTERSECTION IN THE OTHER. THE FOLKS AT THE
DEALERSHIP EXPLAINED THIS IS A "KNOWN CHARACTERISTIC OF THIS
VEHICLE". NOT ONE TIME, WHEN I WAS PURCHASING THIS VEHICLE WAS IT
EXPLAINED TO ME THAT THE TIGUAN WOULD FAIL TO ACCELERATE AND PUT
ME IN SUCH A DANGEROUS POSITION. I HAVE REPORTED THIS TO VW AND MY
LOCAL NEWS MEDIA. I FIND IT ABSURD THAT THIS IS A KNOWN
CHARACTERISTIC OF THE VEHICLE AND NOT ONCE WAS THIS MENTIONED AS
THE REASON UNTIL MY THIRD VISIT AT 15,000 MILES WHERE THE DEPRECIATION
OF MY VEHICLE MAKES IT A TOTAL LOSS FOR ME TO TRY TO EVEN GET A SAFER
VEHICLE. WHY IN WORLD, HAS THIS KNOWN FAILURE OF ACCELERATION NOT
BEEN REPAIRED IN ANYWAY?


### 2019 Tiguan

**NHTSA ID Number:** 11268473
**Complaint Date October 15, 2019**
**Incident Date** October 14, 2019
**Consumer Location** INDEPENDENCE, MO
**Vehicle Identification Number** 3VV1B7AX1KM****
**Summary of Complaint**
OUR 2019 VW TIGUAN WITH 2 LITER TURBO MOTOR HAS A RANDOM AND
REPEATED ENGINE "STALL" ISSUE. THE ENGINE DOES NOT DIE BUT REMAINS AT
IDLE (1000 RPM), IN EITHER D OR S AUTO TRANS MODE, BUT THERE IS NO
FORWARD MOVEMENT EVEN THOUGH THE GAS PEDAL IS AGAINST FLOOR
BOARD AND THEN THERE IS A RUSH OF POWER, THIS DELAY LASTS FROM 1 TO 5
SECONDS, JUST ENOUGH TO CAUSE TRAFFIC MERGING ISSUES. THIS PROBLEM
USUALLY OCCURS FROM STANDING START WHEN DRIVEN STRAIGHT AHEAD OR
TURNING. SO FAR HAS NOT OCCURRED ABOVE 50MPH WHEN ENTERING
FREEWAY.

THIS HAS OCCURRED SINCE CAR WAS DELIVERED NEW WITH 40 MILES ON

CLASS ACTION COMPLAINT            44

ODOMETER AND CONTINUES NOW AT 1200 MILES AND USUALLY AT SPEEDS FROM 0 - 25 MPH AND UNDER 2000 RPM. I SPOKE TO THE LOCAL VW SERVICE MANAGER AND HE SUGGESTED IT WAS JUST TURBO LAG. I HAVE OWNED TURBO CARS IN PAST AND THIS IS NOT TURBO LAG, IT IS A LOSS OF "SIGNAL" DUE TO DRIVE BY WIRE TECHNOLOGY WHICH SHOULD NEVER BE ALLOWED ON A VEHICLE!!!!!!!!!!!!!!!!! OTHERWISE THE MOTOR OPERATES FINE, PROVIDING DECENT GAS MILEAGE AND POWER WHEN ON-BOOST ABOVE 2000 RPM. OUR LAST NEW CAR A 2016 GMC TERRAIN WAS ALSO DRIVE BY WIRE BUT NEVER EXHIBITED THIS ISSUE. THERE ARE NUMEROUS COMPLAINTS ONLINE DUPLICATING THIS PROBLEM WHICH I HAD HOPED WAS CLEARED UP IN OLDER VERSIONS, EVIDENTLY NOT.

### 2019 Golf

NHTSA ID Number: 11298397
Complaint Submitted: January 10, 2020
Date of Incident: January 9, 2020
Consumer Location:  Unknown
Vehicle Identification No. (VIN): 3VW6T7AU9KM
Summary of Complaint:
ENGINE STALLS REPEATEDLY WHILE SLOWING TO A STOP


NHTSA ID Number: 10893166
Complaint Submitted: August 4, 2016
Date of Incident: July 7, 2016
Consumer Location:  Ashburn, VA
Vehicle Identification No. (VIN): 1VWAT7A35FC
Summary of Complaint:
RECENTLY MY 2015 VW PASSAT STALLED WHILE STOPPED AT A RED LIGHT. DEALER ADVISED THAT IT WAS GIVING CODES FOR A MALFUNCTIONING AIR INTAKE ABSOLUTE PRESSURE SENSOR. AFTER IT WAS REPLACED UNDER WARRANTY, THE ENGINE CONTINUED TO RUN VERY ROUGH AND SEEMED TO BE SLUGGISH. ON TAKING IT BACK TO THE DEALER I HAVE BEEN ADVISED THAT THE CODE FOR THE ABSOLUTE PRESSURE SENSOR HAS REAPPEARED AND VW SUSPECTS THAT IT IS AN ENGINE ELECTRICAL HARNESS PROBLEM WHICH IS DUE FOR REPLACEMENT. ADDITIONALLY, THE ESC LIGHT LIT UP ON THE DASHBOARD ONE EVENING AND STAYED ON FOR ABOUT AN HOUR AND WENT AWAY AFTER THE ENGINE HAD BEEN TURNED OFF FOR ABOUT AN HOUR. BASED ON OTHER COMPLAINTS I READ, THERE APPEARS TO BE A PATTERN IN SUCH MALFUNCTIONS - EITHER ELECTRICAL OR COMPUTER-RELATED. IF THE CAR WERE TO STALL OR GO OUT OF CONTROL IN FULL TRAFFIC, IT COULD LEAD TO A POTENTIALLY LIFE-THREATENING

SITUATION.

**Consumer No. 3:**
NHTSA ID Number: 11120926
Complaint Submitted: August 19, 2018
Date of Incident:  August 19, 2018
Consumer Location:  Clio, Michigan
Vehicle Identification No. (VIN): WVGWV7AX4HK
Summary of Complaint:
WHILE DRIVING AT A CONSTANT SPEED OR DECELERATING THE
ENGINE WILL STALL WITHOUT WARNING. THE ENGINE RUNS SO QUIETLY
THE ONLY INDICATION THAT IT HAS STALLED IS THERE IS NO POWER AND
THE STEERING BECOMES MORE DIFFICULT AS THE VEHICLE GETS
SLOWER. IT DOESN'T SEEM TO MATTER YOUR SPEED, IT WILL JUST STALL
AND THIS CAN BE INCREDIBLY DANGEROUS. ORIGINALLY HAPPENED IN
2017 AND TOOK TO THE VW DEALERSHIP BUT THEY COULDN'T FIND
ANYTHING WRONG. IT IS HAPPENING AGAIN TODAY AND EARLIER THIS
WEEK

## **CLASS ACTION ALLEGATIONS**

80.     Plaintiffs bring this action on behalf of themselves, and on behalf of the following

class pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and/or 23(b)(3):

**Nationwide Class:**
All persons or entities in United States who are current or former owners and/or
lessees of a Class Vehicle (the "Nationwide Class").

81.     In the alternative to the Nationwide Class, and pursuant to Fed. R. Civ. P.

23(c)(5), Plaintiffs Dickinson and Conroy, respectively, seek to represent the following state

subclasses only in the event that the Court declines to certify the Nationwide Class above:

**New York Subclass:**
All persons or entities in New York who are current or former owners and/or lessees
of a Class Vehicle (the "New York Subclass").

**Florida Subclass:**
All persons or entities in Florida who are current or former owners and/or lessees
of a Class Vehicle (the "Florida Subclass").

82.    Together, the National Class, the New York Subclass and the Florida Subclass shall be collectively referred to herein as the "Class."

83.    Excluded from the Class are Defendants, their affiliates, employees, officers and directors, persons or entities who purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiffs reserve the right to modify, change or expand the Class definitions after conducting discovery.

84.    <u>Numerosity</u>: Upon information and belief, the Class is so numerous that joinder of all members is impracticable. While the exact number and identities of individual members of the Class is unknown at this time, such information being in the sole possession of Volkswagen and obtainable by Plaintiffs only through the discovery process, Plaintiffs allege that tens of thousands of Class Vehicles have been sold and leased throughout the United States, including within New York and Florida.

85.    <u>Existence and Predominance of Common Questions of Fact and Law</u>: Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to:

    a.    whether the engines in the Class Vehicles suffer from the Engine Stalling Defect;

    b.    whether the Engine Stalling Defect is a safety issue;

    c.    whether Defendants concealed or failed to disclose the existence and cause of the Engine Stalling Defect in Class Vehicles;

    d.    whether Defendant's conduct violates the New York and/or Florida consumer protection statute(s);

    e.    whether Defendant's failure to remedy the Engine Stalling Defect in Class

Vehicles violates the Magnuson-Moss Warranty Act;

f.   whether Defendants have breached their express warranties;

g.   whether Defendants have breached their implied warranties;

h.   whether Defendants have been unjustly enriched through the sales of the Class Vehicles that have the Engine Stalling Defect; and

i.   whether Plaintiffs and Class members are entitled to monetary damages and/or other remedies.

86.   <u>Typicality</u>: All of the Plaintiffs' claims are typical of the claims of the Class since Plaintiffs purchased or leased their Class Vehicle with the Engine Stalling Defect, as did each member of the Class. Furthermore, Plaintiffs and all members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable loss arising out of Volkswagen's wrongful conduct. Plaintiffs are advancing the same claims and legal theories on behalf of themselves and all absent Class members.

87.   <u>Adequacy</u>: Plaintiffs are adequate representatives because their interests do not conflict with the interests of the Class that they seek to represent, they have retained counsel competent and highly experienced in complex class action litigation, and they intend to prosecute this action vigorously. Thus, the interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

88.   <u>Superiority</u>: A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and members of the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Volkswagen's conduct. It would be virtually impossible for members of the Class to individually and

effectively redress the wrongs done to them. Even if the members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation also increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. Upon information and belief, members of the Class can be readily identified and notified based on, *inter alia*, Volkswagen's vehicle identification numbers (VINs), warranty claims, registration records, and the database of complaints.

89.    <u>Injunctive Relief</u>: Pursuant to Fed. R. Civ. P. 23(b)(2), Volkswagen has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief, corresponding declaratory relief, or final equitable relief with respect to the class as a whole.

## **VIOLATIONS ALLEGED**

### **COUNT I**
### **VIOLATIONS OF NEW YORK GENERAL BUSINESS LAW § 349**
### **(N.Y. GEN. BUS. LAW § 349)**
### **(On Behalf of the New York Class)**

90.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

91.    Plaintiff Dickinson brings this cause of action on behalf of herself and on behalf of the members of the New York Class.

92.    Plaintiff Dickinson and the New York Class members are "persons" within the meaning of New York General Business Law ("New York GBL"). N.Y. Gen. Bus. Law § 349(h).

93.     Defendants are "person[s]," "firm[s]," "corporation[s]," or "association[s]" within the meaning of N.Y. Gen. Bus. Law § 349.

94.     New York's General Business Law § 349 makes unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce." N.Y. Gen. Bus. Law § 349.

95.     Defendants' conduct, as described in this Complaint, constitutes "deceptive acts or practices" within the meaning of the New York GBL. Defendants' deceptive acts and practices, which were intended to mislead consumers in a material way in the process of purchasing or leasing the Class Vehicles, constitute conduct directed at consumers and "consumer-oriented." Further, Plaintiff Dickinson and the New York Class members suffered injury as a result of the deceptive acts or practice.

96.     Defendants' actions, as set forth above, occurred in the conduct of business, trade or commerce.

97.     Defendants participated in unfair or deceptive trade practices that violated the New York GBL as described below and alleged throughout the Complaint. By concealing the true nature of the Class Vehicles, Defendants knowingly and intentionally misrepresented and omitted material facts in connection with the sale of the Class Vehicles. Defendants systematically misrepresented, concealed, suppressed, or omitted material facts relating to the Class Vehicles in the course of its business.

98.     Defendants also engaged in unlawful trade practices by employing deception, deceptive acts or practices, fraud, misrepresentations, or concealment, suppression or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale of the Class Vehicles.

99.     Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

100.    Defendants knew that the risks inherent in the Class Vehicles made them not suitable for their intended use.

101.    Defendants knew or should have known that their conduct violated the New York GBL.

102.    Had Plaintiff Dickinson and the New York Class members known the truth about the Class Vehicles, they would not have purchased them or would have paid substantially less or them. Plaintiff Dickinson and the New York Class did not receive the benefit of their bargain as a result of Defendants' misconduct.

103.    Defendants owed Plaintiff Dickinson and the New York Class members a duty to disclose the truth about the Class Vehicles because Defendants: (a) possessed exclusive, specific and superior knowledge of the true nature of the Class Vehicles; (b) intentionally concealed the foregoing from Plaintiff and the New York Class members; and/or (c) made incomplete representations regarding the Class Vehicles, while purposefully withholding material facts from Plaintiff Dickinson and the New York Class members that contradicted these representations.

104.    Plaintiff Dickinson and the New York Class members suffered injury in fact to a legally protected interest. As a result of Defendants' conduct, Plaintiff Dickinson and the New York Class members were harmed and suffered actual damages.

105.    Defendants' violations present a continuing risk to Plaintiff Dickinson and the New York Class members, as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

CLASS ACTION COMPLAINT            51

106.    Pursuant to N.Y. Gen. Bus. Law § 349(h), Plaintiff Dickinson and the New York

Class members seek actual damages or $50, whichever is greater, in addition to discretionary

three times actual damages up to $1,000 for Defendants' willful and knowing violation of N.Y.

Gen. Bus. Law § 349. Plaintiff Dickinson and the New York Class members also seek attorneys'

fees, an order enjoining Defendants' deceptive conduct, and any other just and proper relief

available under the New York GBL.

**COUNT II**
**VIOLATIONS OF THE FLORIDA DECEPTIVE AND UNFAIR**
**TRADE PRACTICES ACT**
**(FLA. STAT. § 501.201, ET SEQ.)**
**(On Behalf of the Florida Class)**

107.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if

they had been set forth in full herein.

108.    Plaintiff Conroy brings this claim on behalf of herself and the members of the

Florida Class against Defendants.

109.    Plaintiff Conroy and the Florida Class members are "consumers" within the

meaning of Fla. Stat. § 501.203(7).

110.    Defendants are engaged in "trade or commerce" within the meaning of Fla. Stat. §

501.203(8).

111.    Defendants omitted disclosure of the known and material fact that the Class

Vehicles possess the Engine Stalling Defect. This conduct constitutes unfair methods of

competition, unconscionable acts or practices, and unfair or deceptive acts or practices within the

meaning of Fla. Stat. §§ 501.204, *et seq*.

112.    Reasonable consumers, like Plaintiff Conroy, would be–and actually were–deceived by Defendant's conduct in promoting the Class Vehicles without disclosing information concerning the Engine Stalling Defect.

113.    As described above, Plaintiff Conroy and the Class suffered damages because the Class Vehicles suffer from the Engine Stalling Defect.

114.    The Engine Stalling Defect caused Plaintiff Conroy and other Florida Subclass members to sustain damages in the form of loss of use of their vehicles, early lease termination fees, costs to repair the Engine Stalling Defect, and even related costs such as replacement of the clutch and associated components.

115.    As a direct and proximate result of Defendant's unlawful conduct, Plaintiff Conroy and the Florida Class Members have suffered harm in that they bought Class Vehicles they otherwise would not have, overpaid for their Class Vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value.

116.    The Class Vehicles do not function as advertised and warranted by Defendants. This condition has caused Plaintiff Conroy's damages, which can be measured with specificity based upon, *inter alia*, the overpayment at the time of purchase, necessity of early lease termination, as well as cost of parts and labor to address the Engine Stalling Defect.

117.    As a result of Defendants' omissions, Plaintiff Conroy and the Florida Class suffered actual damages within the meaning of Fla. Stat. § 501.211, because they were or will be forced to pay for parts and labor to address the Engine Stalling Defect their Class Vehicles' batteries. Additionally, Plaintiff Conroy and the other Class members overpaid for their Class Vehicles and did not receive the benefit of their bargain, and may have incurred early lease termination fees.

**COUNT III**
**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**
**(15 U.S.C. § 2301, *et seq.*)**
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes)**

118.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

119.    The Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 *et seq.,* provides a federal remedy for consumers who have been damaged by the failure of a supplier or warrantor to comply with any obligation under a written warranty or implied warranty, or other various obligations.

120.    An implied warranty of merchantability arose in connection with Plaintiffs' lease or purchase of their Class Vehicles by operation of state law under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(7).

121.    The Class Vehicles are each a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

122.    Plaintiffs and Class members are "consumers" within the meaning of the Magnuson-Moss. Warranty Act, 15 U.S.C. § 2301(3).

123.    Volkswagen is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301(4) & 2301(5).

124.    Defendants breached the implied warranty of merchantability by leasing or selling Plaintiffs and Class members Class Vehicles containing the Engine Stalling Defect and thereby violated the Magnuson-Moss Warranty Act.

125.    Consequently, Plaintiffs and Class members have suffered injury and are entitled to damages in an amount to be proven at trial, along with attorney's fees and costs.

<u>COUNT IV</u>
**UNJUST ENRICHMENT**
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes)**

126.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

127.    Plaintiffs and the Class conferred a benefit on Defendants by purchasing the Class Vehicles.

128.    Defendants had knowledge that this benefit was conferred upon them.

129.    Because of their wrongful acts and omissions, Defendants charged a higher price for the Class Vehicles than the Class Vehicles' true value, and Defendants obtained money which rightfully belongs to Plaintiffs and the Class.

130.    Defendants were and continue to be unjustly enriched at the expense of Plaintiffs and Class members.

131.    Defendants' retention (without an offsetting return payment) of the benefit conferred upon it by Plaintiffs and members of the Class would be unjust and inequitable.

<u>COUNT V</u>
**BREACH OF EXPRESS WARRANTY**
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes)**

132.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

133.    Defendants expressly warranted that the Class Vehicles were of high quality and, at a minimum, would work properly. Defendants also expressly warranted that they would repair and/or replace defects in material and/or workmanship free of charge that occurred during the New Vehicle Limited Warranty periods.

134.    Defendants breached these warranties by selling to Plaintiffs and Class members

CLASS ACTION COMPLAINT                55

the Class Vehicles with the known Engine Stalling Defect.

135.    As a result of the Defendants' actions, Plaintiffs and Class members have suffered economic damages including but not limited to loss of vehicle use while their vehicles are undergoing examination at repair facilities, substantial loss in value and resale value of the vehicles, and other related damages, including lease termination fees in some instances.

136.    Defendants' attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances present here. Specifically, Defendants' warranty limitations are unenforceable because Defendants knowingly sold a defective product without informing consumers about the Engine Stalling Defect. Furthermore, Defendants have failed to repair the Defect.

137.    A gross disparity in bargaining power existed between Volkswagen and Class members, and Volkswagen knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

138.    Plaintiffs and Class members have complied with all obligations under the warranties, or otherwise have been excused from performance of said obligations as a result of Defendants' conduct described herein.

### COUNT VI
### BREACH OF IMPLIED WARRANTY
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes)**

139.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

140.    A warranty that the Class Vehicles were in merchantable condition is implied by law.

141.    The Class Vehicles, when sold and at all times thereafter, were not in

merchantable condition and are not fit for the ordinary purpose for which automobiles are used. Specifically, the Class Vehicles are inherently defective in that their engines are predisposed to a defect which causes them to turn off without warning as the vehicles slow to a stop or prepare to make a turn with the clutch pressed in and vehicle in neutral or when their brakes are applied, causing them to pose dangerous conditions for the Class Vehicles' occupants and others on the roadway.

142.    Defendants were provided notice of these issues by numerous informal and formal complaints filed against them, including this Complaint, and by numerous individual letters and communications sent by Plaintiffs and other Class members.

143.    As a direct and proximate result of Defendants' breach of the warranties of merchantability, Plaintiffs and the other Class members have been damaged in an amount to be proven at trial.

## COUNT VII
## COMMON LAW FRAUD
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes )**

144.    Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

145.    Defendants made material omissions concerning a presently existing or past fact. For example, Defendants did not fully and truthfully disclose to its customers the true nature of the inherent defect which causes Class Vehicles to turn off without warning as the vehicles slow to a stop or prepare to make a turn with the clutch pressed in or when the brakes are applied, which was not readily discoverable until after the Class Vehicles were purchased. As a result, Plaintiffs and Class members were fraudulently induced to lease and/or purchase the Class Vehicles with the said Engine Stalling Defect and all of the resultant problems.

146.     These omissions were made by Defendants with knowledge of their falsity, and with the intent that Plaintiffs and Class members rely upon them.

147.     Plaintiffs and Class members reasonably relied on these omissions, and suffered damages as a result.

**COUNT VIII**
**BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING**
**(On Behalf of the Nationwide Class, and/or the Florida and New York Classes)**

148.     Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

149.     Every contract in New York and Florida contains an implied covenant of good faith and fair dealing. The implied covenant of good faith and fair dealing is an independent duty and may be breached even if there is no breach of a contract's express terms.

150.     Defendants breached the covenant of good faith and fair dealing through malicious conduct by, *inter alia*, failing to notify Plaintiffs and Class members of the Engine Stalling Defect in the Class Vehicles, and failing to fully and properly repair the defect.

151.     Defendants acted in bad faith and/or with a malicious motive to deny Plaintiffs and Class members some benefit of the bargain originally intended by the parties, thereby causing them injuries in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and members of the Class, respectfully request that this Court:

A.     determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying the Class as defined above;

CLASS ACTION COMPLAINT                    58

B.      appoint Plaintiffs as the representatives of the Class and their counsel as Class counsel;

C.      award all actual, general, special, incidental, statutory, punitive, and consequential damages to which Plaintiffs and Class members are entitled;

D.      award pre-judgment and post-judgment interest on such monetary relief;

E.      grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendants to repair, recall, and/or replace the Class Vehicles and to extend the applicable warranties to a reasonable period of time, or, at a minimum, to provide Plaintiffs and Class members with appropriate curative notice regarding the existence and cause of the design defect;

F.      award reasonable attorney's fees and costs; and

G.      grant such further relief that this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

Dated: May 27, 2020

Respectfully submitted,

/s/ Rebecca P. Chang
George F. Farah (NY Bar No. GF3472)
Rebecca P. Chang (NY Bar No. RC5493)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew D. Schelkopf

Joseph B. Kenney
Lori G. Kier
(*pro hac vice* applications forthcoming)
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0581
Facsimile: (610) 421-1326
mds@sstriallawyers.com
jbk@sstriallawyers.com
lgk@sstriallawyers.com

William H. Anderson
(*pro hac vice* application forthcoming)
**HANDLEY FARAH & ANDERSON PLLC**
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Tel: (303) 800-9109
Facsimile: (844) 300-1952
wanderson@hfajustice.com

*Attorneys for Plaintiffs and the putative Class*